AO 240 (Rev. 6/86) Application to Proceed

# United States District Court

1:CV00-1449

MIDDLE _____ DISTRICT OF _____ PENNSYLVANIA

M. ASH-SHARIEF AL'ASKARI,
      Plaintiff,

V.

KATHLEEN HAWKES, Director,
U.S. Bureau of Prisons, et al.,
      Defendants,

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

CASE NUMBER: SCRANTON

FILED SCRANTON AUG 14 2000 PER _____ DEPUTY CLERK

FILED WILLIAMSPORT, PA JUL 20 2000 MARY E. D'ANDREA, CLERK Per _____ Deputy Clerk

I, __M. Ash-Sharief Al'Askari__, declare that I am the (check appropriate box)

☐ petitioner/plaintiff      ☐ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant      ☒ __Civil Rights Complaint__
                                                                                                                     other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

   1. Are you presently employed?                                     Yes ☐   No ☒

      a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

      b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

   2. Have you received within the past twelve months any money from any of the following sources?

|   |   |   |
|---|---|---|
| a. Business, profession or other form of self-employment | Yes ☐ | No ☒ |
| b. Rent payments, interest or dividends? | Yes ☐ | No ☒ |
| c. Pensions, annuities or life insurance payments? | Yes ☐ | No ☒ |
| d. Gifts or inheritances? | Yes ☐ | No ☒ |
| e. Any other sources? | Yes ☐ | No ☒ |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

M. ASH-SHARIEF AL'ASKARI,     )
    Plaintiff,                )
                              )   CASE NO.
v.                            )
                              )
                              )
                              )
    Defendant.                )

A F F I D A V I T

I, Michelle Mertz, hereby state:

(1) I am employed as a Legal Assistant at the Federal Correctional Complex, (FCC), Allenwood, Pennsylvania. I have served in that capacity since May 1998.

(2) The petitioner, Muhammad Askari, Reg. No. 34819-066, is presently incarcerated at the Federal Correctional Institution, Allenwood, Pennsylvania, (FCI Allenwood).

(3) The following is a synopsis of the financial transactions in the inmate commissary account maintained by inmate Askari at FCI Allenwood during the past six months.

    a. Prison account

| | |
|---|---|
| 1. Present Balance | $ .51 |
| 2. Total Amount of Deposits During Past Six Months | $617.99 |
| 3. Average Monthly Balance | $ 29.46 |
| 4. Average Monthly Deposits | $103.00 |
| b. Employment (average monthly wage): | $ 15.50 |

(4) I have attached a true and correct copy of the record of the transactions of the prisoner's account which occurred within the preceding six months.

(5) The above information set forth in this form is true and correct to the best of my knowledge, information and belief.

*Michelle Mertz*
Michelle Mertz
Legal Assistant

August 8, 2000

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| M. ASH-SHARIEF AL'ASKARI,<br>Plaintiff, | )<br>)<br>) | |
| | ) | CASE NO. |
| v. | )<br>)<br>)<br>) | |
| Defendant. | )<br>) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the United States Department of Justice, Federal Bureau of Prisons, and is a person of such age and discretion as to be competent to serve papers.

That on August 8, 2000, she served copies of the attached:

<u>PRISON TRUST ACCOUNT FOR INMATE MUHAMMAD ASKARI, REG. NO. 34819-066</u>

by delivering the documents in an envelope address to the persons hereinafter named, at the place and address stated below.

ADDRESSEE:   Inmate Muhammad Askari
Reg. No. 34819-066
FCI Allenwood
P. O Box 2000
White Deer, PA 17887

*Michelle Mertz*
Michelle Mertz
Legal Assistant

August 8, 2000

```
                    ACCOUNT
                   STATEMENT
FCI ALLENWOOD*LIIMITED OFFICAL USE        DATE 08/02/00
P. O. BOX 2000                            PAGE No.01
WHITE DEER, PA 17887
717-547-7950
```

Account # 34019066

ASKARI, MUHAMMAD NMI
3A

| BEGINNING | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
|  | .23 | .00 | .00 | .00 | .23 |

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT |  |
|---|---|---|---|---|---|
| DEC00P | 12:07 | 01-06-00 | PERFORMANCE PAY | 20.64 | 20.87 |
| 000087 | 17:37 | 01-12-00 | SALE / REGULAR | 20.75- | .12 |
| JAN00P | 8:13 | 02-03-00 | PERFORMANCE PAY | 14.96 | 15.08 |
| 000051 | 17:09 | 02-09-00 | SALE / REGULAR | 13.50- | 1.58 |
| FEB00P | 10:06 | 03-06-00 | PERFORMANCE PAY | 16.15 | 17.73 |
| 000094 | 18:31 | 03-08-00 | SALE / REGULAR | 12.45- | 5.28 |
| 000002 | 10:27 | 03-15-00 | SALE / REGULAR | 2.00- | 3.28 |
| 08B011 | 18:09 | 03-18-00 | DEPOSIT ITS FUNDS | 3.00- | .28 |
| MAR00P | 8:46 | 04-04-00 | PERFORMANCE PAY | 15.98 | 16.26 |
| 000055 | 17:50 | 04-06-00 | SALE / REGULAR | 15.90- | .36 |
| 000057 | 17:52 | 04-06-00 | SALE / REGULAR | .80 | 1.16 |
| T12615 | 13:10 | 04-28-00 | MONEY ORDER | 300.00 | 301.16 |
| 0BEC50 | 22:09 | 04-29-00 | DEPOSIT ITS FUNDS | 10.00- | 291.16 |
| 000017 | 10:47 | 05-03-00 | SALE / REGULAR | 31.80- | 259.36 |
| 000018 | 10:50 | 05-03-00 | SALE / REGULAR | 8.75- | 250.61 |
| T12928 | 14:08 | 05-04-00 | MONEY ORDER | 200.00 | 450.61 |
| 000054 | 17:48 | 05-04-00 | SALE / REGULAR | 170.95- | 279.66 |
| APR00P | 6:49 | 05-05-00 | PERFORMANCE PAY | 16.83 | 296.49 |
| P-3412 | 11:55 | 05-11-00 | COMMISSARY FORM | 50.00- | 246.49 |
| P-3413 | 11:55 | 05-11-00 | COMMISSARY FORM | 50.00- | 196.49 |
| P-3414 | 11:56 | 05-11-00 | COMMISSARY FORM | 50.00- | 146.49 |
| 000071 | 18:15 | 05-11-00 | SALE / REGULAR | 54.90- | 91.59 |
| 000055 | 17:28 | 05-18-00 | SALE / REGULAR | 32.00- | 59.59 |
| 000037 | 17:08 | 05-25-00 | SALE / REGULAR | 36.45- | 23.14 |
| P-3537 | 12:05 | 06-01-00 | COMMISSARY FORM | .50- | 22.64 |
| 000064 | 18:10 | 06-01-00 | SALE / REGULAR | 22.20- | .44 |
| MAY00P | 11:49 | 06-07-00 | PERFORMANCE PAY | 14.79 | 15.23 |
| 000972 | 18:44 | 06-08-00 | SALE / REGULAR | 13.25- | 1.98 |
| JUN00P | 8:43 | 07-05-00 | PERFORMANCE PAY | 14.28 | 16.26 |
| 000056 | 18:10 | 07-10-00 | SALE / REGULAR | 15.70- | .56 |
| T17519 | 13:37 | 07-31-00 | MONEY ORDER | 25.00 | 25.56 |
| 000049 | 17:46 | 07-31-00 | SALE / REGULAR | 25.05- | .51 |

**** TRANSACTION TOTAL ****    .28

Handwritten annotations: $4.27; $3.03; $31.41; $132.64; $2.11; $3.27

| ENDING | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
|  | .51 | .00 | .00 | .00 | .51 |