## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**1 : CV00-1449**

Civil Case No.

M. Ash-Sharief Al'Askari

**Name of Plaintiff(s)**

**v.**

Kathleen Hawkes, et al.

**Name of Defendant(s)**

Judge

RECEIVED
SCRANTON (Number and Judge to be
assigned by court)

AUG 0 2 2000

MARY E. D'ANDREA, CLERK
PER _____
DEPUTY CLERK

FILED
SCRANTON

AUG 1 4 2000

PER _____
DEPUTY CLERK

### APPLICATION TO PROCEED IN FORMA PAUPERIS

**PLEASE READ CAREFULLY AND FULLY COMPLETE EACH SECTION.**

1. __X__   I am willing to pursue my claims in this action under the new
provisions of The Prison Litigation Reform Act, understanding
that pursuing my claim requires payment of a partial filing fee
and deduction of sums from my prison account when funds exist
until the filing fee of $150.00 has been paid in full.

2. _____   I have enclosed an executed Authorization form which authorizes
the Institution holding me in custody to transmit to the Clerk
a certified copy of my trust account for the past six (6)
months as well as payments from the account in the amounts
specified by 28 U.S.C. §1915(b).

3. Have you, prior to the filing of the complaint in this action and while
a prisoner as that term is defined in 28 U.S.C. § 1915(h), brought 3 or
more actions or appeals in a court of the United States that were
dismissed as frivolous, malicious, or for failure to state a claim upon
which relief may be granted?   Yes _____   No __X__

    (a)   If the answer is "yes," are you now seeking relief because you
    are under imminent danger of serious physical injury?
    Yes _____   No __X__

(b) Please explain in detail why you are under imminent danger of serious physical injury:

_____

_____

_____

4. (a) Are you presently employed at the Institution?  Yes X ____ No ____

   (b) If yes, what is your monthly compensation?  $___15.00_____

5. Do you own any cash or other property; have a bank account; or receive money from any source?  Yes _____ No X ____

   If the answer is "yes" to any of the above, describe each source and the amount involved.

   _____

   _____

   _____

   _____

I certify under penalty of perjury that the foregoing is true and correct.

Executed on ___30___ July, 2000        M. Ash-Sharief Al'Askari
                (Date)                 (Signature of Plaintiff)

This certification is executed pursuant to Title 28, United States Code, Section 1746.

2