# AUTHORIZATION
(Prisoner's Account Only)

**FILED SCRANTON AUG 14 2000 PER ___ DEPUTY CLERK**

Case No. **1:CV00-1449**

> NOTE: Completing this authorization form satisfies your obligation under 28 U.S.C. § 1915(a)(2) to submit a certified copy of your trust fund account.

I, __M. Ash-Sharief Al'Askari__, request and authorize the agency holding me in custody to send to the Clerk of Court, United States District Court for the Middle District of Pennsylvania, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) at the institution where I am incarcerated. I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust account (or institutional equivalent) in the amounts specified by 28 U.S.C § 1915(b).

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $150.00. I also understand that the entire filing fee will be deducted from my account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: __30 July, 2000__, 2000

_M. Ash-Sharief Al'Askari_
Signature of Prisoner

RECEIVED LEGAL SERVICES 2000 AUG -7 AM 9:31 FCC ALLENWOOD PA

AO 440 (Rev. 10/93) Summons in a Civil Case

# United States District Court

## MIDDLE DISTRICT OF PENNSYLVANIA

### SUMMONS IN A CIVIL CASE

M. Ash-Sharief Al'Askari
   Plaintiff

CASE NUMBER: 1:00-CV-1449

Judge Caldwell

Magistrate Judge Smyser

v.

Kathleen Hawkes, Director, Bureau of Prisons;
Robert Zimany; Robert S. Goldring; and Vivian
Hursh,
   Defendants

To: (For the name and address of defendant(s): **SEE COMPLAINT**)

   **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY M. Ash-Sharief Al'Askari

an answer to the complaint which is herewith served upon you, within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**MARY E. D'ANDREA, Clerk**

DATE: August 28th, 2000

*[signature]*

(By) Mark J. Armbruster, Deputy Clerk