IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

M. ASH-SHARIEF AL'ASKARI,  )
    Plaintiff,  )
  )     CASE NO. MJ Smyser
v.  )
  )     1:00-cv-1449
  )
  )
  Defendant.  )

FILED
SCRANTON
AUG 1 7 2000
PER KMF
DEPUTY CLERK

A F F I D A V I T

I, Michelle Mertz, hereby state:

(1) I am employed as a Legal Assistant at the Federal Correctional Complex, (FCC), Allenwood, Pennsylvania. I have served in that capacity since May 1998.

(2) The petitioner, Muhammad Askari, Reg. No. 34819-066, is presently incarcerated at the Federal Correctional Institution, Allenwood, Pennsylvania, (FCI Allenwood).

(3) The following is a synopsis of the financial transactions in the inmate commissary account maintained by inmate Askari at FCI Allenwood during the past six months.

    a. Prison account

| | |
|---|---|
| 1. Present Balance | $ .51 |
| 2. Total Amount of Deposits During Past Six Months | $617.99 |
| 3. Average Monthly Balance | $ 29.46 |
| 4. Average Monthly Deposits | $103.00 |

    b. Employment (average monthly wage):      $ 15.50

(4) I have attached a true and correct copy of the record of the transactions of the prisoner's account which occurred within the preceding six months.

(5) The above information set forth in this form is true and correct to the best of my knowledge, information and belief.

                                                           Michelle Mertz
                                                           Legal Assistant

August 8, 2000

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

M. ASH-SHARIEF AL'ASKARI,    )
    Plaintiff,    )
        )    CASE NO.
    v.    )
        )
        )
        )
    Defendant.    )

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the United States Department of Justice, Federal Bureau of Prisons, and is a person of such age and discretion as to be competent to serve papers.

That on August 8, 2000, she served copies of the attached:

### PRISON TRUST ACCOUNT FOR INMATE MUHAMMAD ASKARI, REG. NO. 34819-066

by delivering the documents in an envelope address to the persons hereinafter named, at the place and address stated below.

ADDRESSEE:    Inmate Muhammad Askari
    Reg. No. 34819-066
    FCI Allenwood
    P. O Box 2000
    White Deer, PA 17887

_Michelle Mertz_
Michelle Mertz
Legal Assistant

August 8, 2000

```
                ACCOUNT
                STATEMENT
FCI ALLENWOOD*LIIMITED OFFICAL USE          DATE 08/02/00
P. O. BOX 2500                              PAGE No.01
WHITE DEER, PA 17887
717-547-7950


                                Account # 34819066


       ASKARI, MUHAMMAD NMI
       3A
```

| BEGINNING | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | .23 | .00 | .00 | .00 | .23 |

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| DEC00P | 12:07 | 01-06-00 | PERFORMANCE PAY | 20.64 | 20.87 |
| 000087 | 17:37 | 01-12-00 | SALE / REGULAR | 20.75- | .12 |
| JAN00P | 8:13 | 02-03-00 | PERFORMANCE PAY | 14.96 | 15.08 |
| 000051 | 17:09 | 02-09-00 | SALE / REGULAR | 13.50- | 1.58 |
| FEB00P | 10:06 | 03-06-00 | PERFORMANCE PAY | 16.15 | 17.73 |
| 000094 | 18:31 | 03-08-00 | SALE / REGULAR | 12.45- | 5.28 |
| 000002 | 10:27 | 03-15-00 | SALE / REGULAR | 2.00- | 3.28 |
| 08B011 | 18:09 | 03-18-00 | DEPOSIT ITS FUNDS | 3.00- | .28 |
| MAR00P | 8:46 | 04-04-00 | PERFORMANCE PAY | 15.98 | 16.26 |
| 000055 | 17:50 | 04-06-00 | SALE / REGULAR | 15.90- | .36 |
| 000057 | 17:52 | 04-06-00 | SALE / REGULAR | .80 | 1.16 |
| T12615 | 13:10 | 04-28-00 | MONEY ORDER | 300.00 | 301.16 |
| 0BEC50 | 22:09 | 04-29-00 | DEPOSIT ITS FUNDS | 10.00- | 291.16 |
| 000017 | 10:47 | 05-03-00 | SALE / REGULAR | 31.80- | 259.36 |
| 000018 | 10:50 | 05-03-00 | SALE / REGULAR | 8.75- | 250.61 |
| T12923 | 14:08 | 05-04-00 | MONEY ORDER | 200.00 | 450.61 |
| 000054 | 17:48 | 05-04-00 | SALE / REGULAR | 170.95- | 279.66 |
| APR00P | 6:49 | 05-05-00 | PERFORMANCE PAY | 16.83 | 296.49 |
| P-3412 | 11:55 | 05-11-00 | COMMISSARY FORM | 50.00- | 246.49 |
| P-3413 | 11:55 | 05-11-00 | COMMISSARY FORM | 50.00- | 196.49 |
| P-3414 | 11:56 | 05-11-00 | COMMISSARY FORM | 50.00- | 146.49 |
| 000071 | 18:15 | 05-11-00 | SALE / REGULAR | 54.90- | 91.59 |
| 000055 | 17:28 | 05-18-00 | SALE / REGULAR | 32.00- | 59.59 |
| 000037 | 17:08 | 05-25-00 | SALE / REGULAR | 36.45- | 23.14 |
| P-3537 | 12:05 | 06-01-00 | COMMISSARY FORM | .50- | 22.64 |
| 000064 | 18:10 | 06-01-00 | SALE / REGULAR | 22.20- | .44 |
| MAY00P | 11:49 | 06-07-00 | PERFORMANCE PAY | 14.79 | |
| 000072 | 18:44 | 06-08-00 | SALE / REGULAR | 13.25- | 1.98 |
| JUN00P | 8:43 | 07-05-00 | PERFORMANCE PAY | 14.28 | 16.26 |
| 000056 | 18:10 | 07-10-00 | SALE / REGULAR | 15.70- | .56 |
| T17519 | 13:37 | 07-31-00 | MONEY ORDER | 25.00 | 25.56 |
| 000049 | 17:46 | 07-31-00 | SALE / REGULAR | 25.05- | .51 |

```
              **** TRANSACTION TOTAL ****       .28
```

Handwritten annotations: $4.27, $3.03, $31.41, $132.64, $2.11, $3.27

| ENDING | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | .51 | .00 | .00 | .00 | .51 |

# AUTHORIZATION
(Prisoner's Account Only)

Case No. _____

> NOTE: Completing this authorization form satisfies your obligation under 28 U.S.C. § 1915(a)(2) to submit a certified copy of your trust fund account.

I, __M. Ash-Sharief Al'Askari__, request and authorize the agency holding me in custody to send to the Clerk of Court, United States District Court for the Middle District of Pennsylvania, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) at the institution where I am incarcerated. I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust account (or institutional equivalent) in the amounts specified by 28 U.S.C § 1915(b).

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $150.00. I also understand that the entire filing fee will be deducted from my account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: __30 July, 2000__, 2000

_M. Ash-Sharief Al'Askari_
Signature of Prisoner