UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| M. ASH-SHARIEF AL'ASKARI, | : | CIVIL NO. **1:00-CV-1449** |
| Plaintiff | : | (Judge Caldwell) |
| v. | : | (Magistrate Judge Smyser) |
| KATHLEEN HAWKES, DIRECTOR, BUREAU OF PRISONS; ROBERT ZIMANY; ROBERT S. GOLDRING; and VIVIAN HURSH, | : | |
| Defendants | : | |

FILED
HARRISBURG, PA

AUG 28 2000

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

<u>ORDER</u>

Pursuant to the Administrative Order issued August 15, 2000, **IT IS ORDERED** that the plaintiff's request to proceed *in forma pauperis* is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to serve plaintiff's complaint in accordance with

AO 72A

Fed.R.Civ.P. 4. The defendants are requested to waive service pursuant to Rule 4(d).[1]

_J. Andrew Smyser_
Magistrate Judge

Dated: August 28, 2000.

---

1. The Marshal will send the form Notice of Lawsuit and Request for Waiver of Service of Summons to each defendant.

2

```
              UNITED STATES DISTRICT COURT
                       FOR THE
              MIDDLE DISTRICT OF PENNSYLVANIA

              * * MAILING CERTIFICATE OF CLERK * *

                      August 28, 2000


Re:  1:00-cv-01449    Al'Askari v. Hawkes



True and correct copies of the attached were mailed by the clerk
to the following:


     M. Ash-Sharief Al'Askari
     FCI-ALLENWOOD
     34819-066
     P.O. Box 2000
     White Deer, PA   17887




cc:
Judge                          ( )
Magistrate Judge               (X)
U.S. Marshal                   ( )
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 (X)  with N/C attached to complt. and served by:
                                    U.S. Marshal (X)    Pltf's Attorney ( )
Standard Order 93-5            ( )     (With, spo,notice of Assign, cmp.)
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                    to: US Atty Gen  ( )  PA Atty Gen ( )
                                        DA of County ( )  Respondents ( )

Bankruptcy Court               ( )
Other PA. AG, USM, USA         (X)

                                               MARY E. D'ANDREA, Clerk


DATE:  08/28/00                    BY: _____
                                           Deputy Clerk
```