ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

M. ASH-SHARIEF AL'ASKARI, )
    Plaintiff, )
)
    v. ) CASE NO. 1:00-CV-01449
)
)
)
)
    Defendant. )

A F F I D A V I T

I, Michelle Mertz, hereby state:

(1) I am employed as a Legal Assistant at the Federal Correctional Complex, (FCC), Allenwood, Pennsylvania. I have served in that capacity since May 1998.

(2) The petitioner, Muhammad Askari, Reg. No. 34819-066, is presently incarcerated at the Federal Correctional Institution, Allenwood, Pennsylvania, (FCI Allenwood).

(3) The following is a synopsis of the financial transactions in the inmate commissary account maintained by inmate Askari at FCI Allenwood during the past six months.

    a. Prison account

| | |
|---|---|
| 1. Present Balance | $ 28.58 |
| 2. Total Amount of Deposits During Past Six Months | $ 877.97 |
| 3. Average Monthly Balance | $ 39.63 |
| 4. Average Monthly Deposits | $ 146.33 |

    b. Employment (average monthly wage):    $ 17.16

(4) I have attached a true and correct copy of the record of the transactions of the prisoner's account which occurred within the preceding six months.

(5) The above information set forth in this form is true and correct to the best of my knowledge, information and belief.

                                                            Michelle Mertz
                                                           Legal Assistant

September 20, 2000

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

M. ASH-SHARIEF AL'ASKARI,    )
    Plaintiff,    )
        )    CASE NO. 1:00-CV-01449
    v.    )
        )
        )
        )
    Defendant.    )

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the United States Department of Justice, Federal Bureau of Prisons, and is a person of such age and discretion as to be competent to serve papers.

That on September 20, 2000, she served copies of the attached:

### PRISON TRUST ACCOUNT FOR INMATE MUHAMMAD ASKARI, REG. NO. 34819-066

by delivering the documents in an envelope address to the persons hereinafter named, at the place and address stated below.

ADDRESSEE:    Inmate Muhammad Askari
    Reg. No. 34819-066
    FCI Allenwood
    P. O Box 2000
    White Deer, PA 17887

    _Michelle Mertz_
    Michelle Mertz
    Legal Assistant

September 20, 2000

ACCOUNT STATEMENT

FCI ALLENWOOD*LIIMITED OFFICAL USE
P. O. BOX 2500
WHITE DEER, PA 17887
717-547-7950

DATE 09/18/00
PAGE No.01

Account # 34819066

ASKARI, MUHAMMAD NMI
3A

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|
| BEGINNING | AVAILABLE BALANCE .23 | ENCUMBRANCE BALANCE .00 | OUTSTANDING BALANCE .00 | SPECIAL BALANCE .00 | ACCOUNT BALANCE .23 |
| DEC00P | 12:07 | 01-06-00 | PERFORMANCE PAY | 20.64 | 20.87 |
| 000087 | 17:37 | 01-12-00 | SALE / REGULAR | 20.75- | .12 |
| JAN00P | 8:13 | 02-03-00 | PERFORMANCE PAY | 14.96 | 15.08 |
| 000051 | 17:09 | 02-09-00 | SALE / REGULAR | 13.50- | 1.58 |
| FEB00P | 10:06 | 03-06-00 | PERFORMANCE PAY | 16.15 | 17.73 |
| 000094 | 18:31 | 03-08-00 | SALE / REGULAR | 12.45- | 5.28 |
| 000002 | 10:27 | 03-15-00 | SALE / REGULAR | 2.00- | 3.28 |
| 088011 | 18:09 | 03-18-00 | DEPOSIT ITS FUNDS | 3.00- | .28 |
| MAR00P | 8:46 | 04-04-00 | PERFORMANCE PAY | 15.98 | 16.26 |
| 000055 | 17:50 | 04-06-00 | SALE / REGULAR | 15.90- | .36 |
| 000057 | 17:52 | 04-06-00 | SALE / REGULAR | .80 | 1.16 |
| T12615 | 13:10 | 04-28-00 | MONEY ORDER | 300.00 | 301.16 |
| 0BEC50 | 22:09 | 04-29-00 | DEPOSIT ITS FUNDS | 10.00- | 291.16 |
| 000017 | 10:47 | 05-03-00 | SALE / REGULAR | 31.80- | 259.36 |
| 000018 | 10:50 | 05-03-00 | SALE / REGULAR | 8.75- | 250.61 |
| T12928 | 14:08 | 05-04-00 | MONEY ORDER | 200.00 | 450.61 |
| 000054 | 17:48 | 05-04-00 | SALE / REGULAR | 170.95- | 279.66 |
| APR00P | 6:49 | 05-05-00 | PERFORMANCE PAY | 16.83 | 296.49 |
| P-3412 | 11:55 | 05-11-00 | COMMISSARY FORM | 50.00- | 246.49 |
| P-3413 | 11:55 | 05-11-00 | COMMISSARY FORM | 50.00- | 196.49 |
| P-3414 | 11:56 | 05-11-00 | COMMISSARY FORM | 50.00- | 146.49 |
| 000071 | 18:15 | 05-11-00 | SALE / REGULAR | 54.90- | 91.59 |
| 000055 | 17:28 | 05-18-00 | SALE / REGULAR | 32.00- | 59.59 |
| 000037 | 17:08 | 05-25-00 | SALE / REGULAR | 36.45- | 23.14 |
| P-3537 | 12:05 | 06-01-00 | COMMISSARY FORM | .50 | 22.64 |
| 000064 | 18:10 | 06-01-00 | SALE / REGULAR | 22.20- | .34 |
| MAY00P | 11:49 | 06-07-00 | PERFORMANCE PAY | 14.79 | 15.13 |
| 000072 | 18:44 | 06-08-00 | SALE / REGULAR | 13.25- | 1.88 |
| JUN00P | 8:43 | 07-05-00 | PERFORMANCE PAY | 14.28 | 16.26 |
| 000056 | 18:10 | 07-10-00 | SALE / REGULAR | 15.70- | .56 |
| T17519 | 13:37 | 07-31-00 | MONEY ORDER | 25.00 | 25.56 |
| 000049 | 17:46 | 07-31-00 | SALE / REGULAR | 25.05- | .51 |
| JUL00P | 8:47 | 08-07-00 | PERFORMANCE PAY | 21.30 | 21.81 |
| 000057 | 17:53 | 08-07-00 | SALE / REGULAR | 11.70- | 10.11 |
| 13077F | 18:45 | 08-08-00 | DEPOSIT ITS FUNDS | 10.00- | .11 |
| T18734 | 13:29 | 08-21-00 | MONEY ORDER | 250.00 | 250.11 |
| 000063 | 17:50 | 08-21-00 | SALE / REGULAR | 67.55- | 182.56 |
| 000008 | 10:29 | 08-23-00 | SALE / REGULAR | 31.80- | 150.76 |
| 000044 | 17:09 | 08-29-00 | SALE / REGULAR | 95.72- | 55.04 |
| 000009 | 10:08 | 08-30-00 | SALE / REGULAR | 26.50- | 28.54 |
| 000042 | 17:25 | 09-05-00 | SALE / REGULAR | 19.75- | 8.79 |

Handwritten annotations: $31.41, $132.64, $2.11, $3.27, $41.96

```
                    ACCOUNT
                   STATEMENT
FCI ALLENWOOD LIIMITED OFFICAL USE        DATE 09/18/00
P. O. BOX 2500                            PAGE No.02
WHITE DEER, PA 17887
717-547-7950
```

Account # 34819066

ASKARI, MUHAMMAD NMI
3A

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---------|------|------|-------------------------|--------|---|
| AUG00P | 8:28 | 09-07-00 | PERFORMANCE PAY  *326.37* | 19.79 | 28.58 |

**** TRANSACTION TOTAL ****     28.35

| -----ENDING----- | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | 28.58 | .00 | .00 | .00 | 28.58 |