M.J. Smyser

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| M. Ash-Asharief Al'Askari | CV-00-1449  9/27 |
| DEFENDANT | TYPE OF PROCESS |
| David Barasch, U.S. Attorney | ~~Marshal~~ Svc |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

U.S. Attorney for the Middle District of PA

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Williamsport
Federal Bldg, ~~228 Walnut St., P.O.Box          11754, Harrisburg, PA~~   17108

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

M. Ash-Asharief Al'Askari, 34819-066
F.C.I. Allenwood P.O. Box 2000
White Deer, PA 17887

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | x |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
M. Ash-Sharief Al'Askari

TELEPHONE NUMBER

DATE: 18 July, 00

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 67 | District to Serve No. 67 | Signature of Authorized USMS Deputy or Clerk  Q. Lavelle | Date 9/11/00 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Fred Martin AUSA

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 9/13/00   Time: 1645 HRS  pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

FILED SCRANTON
SEP 27 2000
PER _____ DEPUTY CLERK

REMARKS:

PRIOR EDITIONS MAY BE USED — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| M. Ash-Sharief Al'Askari | CV-00-1449 |
| DEFENDANT | TYPE OF PROCESS |
| Kathleen Hawkes | S+C |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Kathleen Hawkes, Director, B.O.P., HOLC Bldg., 320 1st St., N.W.,
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** Washington, D.C. 20534

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

M. Ash-Asharief Al'Askari, 34819-066

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 4&2 |
| Check for service on U.S.A. | X |

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kathleen Hawk
BOP
320 1st St. NW
Washington, DC 20534

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery 9/15/00

C. Signature
X [signature]    ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label)
7099 3400 0006 1687 8703    CV-00-1449

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789

DATE: 18 July, 00

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY--DO NOT WRITE BELOW THIS LINE**

US Deputy or Clerk    Date 8/11/00

---

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | |
|---|---|---|
| 9-15-00 | | am/pm |

Signature of U.S. Marshal or Deputy
Andrea [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 8.00 | | | 8.00 | | | |

FILED
SCRANTON
SEP 27 2000

PER: _____
**DEPUTY CLERK**

REMARKS:

**PRIOR EDITIONS MAY BE USED**    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| M. Ash-Asharief Al'Askari | CV-00-1449 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Robert Zimany | ~~MARSHAL~~ S&C |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Robert Zimany, U.S. Bureau of Prisons

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
F.C.I. Allenwood P.O. Box 2000 White Deer, PA 17887

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

M. Ash-Asharief Al'Askari, 34819-066
F.C.I. Allenwood P.O. Box 2000
White Deer, PA 17887

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 4 & 2 |
| Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):

Signature of Attorney or other Originator requesting service on behalf of: *M. Ash-Asharief Al'Askari*
☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER:
DATE: 18 July, 00

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 67 | District to Serve No. 67 | Signature of Authorized USMS Deputy or Clerk *G. Lavelle* | Date 9/11/00 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

Name and title of individual served (*if not shown above*)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (*complete only if different than shown above*)

FILED SCRANTON SEP 27 2000

| Date of Service | Time | |
|---|---|---|
| 9-21-00 | | am / pm |

Signature of U.S. Marshal or Deputy *G. Lavelle*

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 8.00 | | | 8.00 | DEPUTY CLERK | | |

REMARKS:

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |

# WAIVER OF SERVICE OF SUMMONS

TO: __M. Ash-Sharief Al'Ashari__
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of __Al'Ashari__ VS __Hawk, et al__, which is case number __CV-00-1449__ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after __9-11-00__ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

__9-21-00__                                     __Robert Zimany__
DATE                                             SIGNATURE

Printed/typed name: __ROBERT ZIMANY__

Title if any: __DISCIPLINE HEARING OFFICER__

Address of Person signing: __FCI, Allenwood, PA.__

Party you represent: 

FILED
SCRANTON
SEP 27 2000

_____
DEPUTY CLERK

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: M. Ash-Asharief Al'Askari | COURT CASE NUMBER: CV-00-1449 |
| DEFENDANT: Douglas Goldring | TYPE OF PROCESS: ~~Marshal~~ Svc |

SERVE ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Douglas Goldring, U.S. Bureau of Prisons,

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
AT F.C.I. Allenwood, P.O. Box 2000 White DEER, PA 17887

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

M. Ash-Asharief Al'Askari, 34819-066
P.O. Box 2000
White Deer, PA 17887

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 4 & 2
Check for service on U.S.A.: X

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: X PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER:
DATE: 18 July, 00

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 
District of Origin No.: 67
District to Serve No.: 67
Signature of Authorized USMS Deputy or Clerk: G. Lanelle
Date: 9/11/00

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
Date of Service: 9/20/00
Time: am/pm
Signature of U.S. Marshal or Deputy: G. Lanelle

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 8.00 | | | 8.00 | | | |

REMARKS:

FILED SCRANTON SEP 27 2000
PER _____ DEPUTY CLERK

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

# WAIVER OF SERVICE OF SUMMONS

TO: _M. Ash-Sharief Al'Aqbari_
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of _Al'Aqbari_ VS _Hawk, et al_, which is case number _CV-00-1449_ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _9-11-00_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_9/20/00_
DATE

_[signature]_
SIGNATURE

Printed/typed name: _Douglas S. Goldazng_

Title if any: _Attorney_

Address of Person signing: _FCI-Allenwood_
_P.O. Box 2500_
_White Deer, PA 17887_

Party you represent: _____

FILED
SCRANTON
SEP 27 2000
_[signature]_
DEPUTY CLERK

2000 SEP 27 AM 8:32
RECEIVED
SCRANTON, MIDDLE D. PA.

# PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

**PLAINTIFF:** M. Ash-Asharief Al'Askari
**COURT CASE NUMBER:** CV-00-1449

**DEFENDANT:** Vivian Hursh
**TYPE OF PROCESS:** ~~Marshal~~ S&C

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Vivian Hursh, U.S. Bureau of Prisons

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** F.C.I. Allenwood P.O. Box 2000 White Deer, PA 17887

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

M. Ash-Asharief Al'Askari, 34819-066
F.C.I. Allenwood P.O. Box 2000
White Deer, PA 17887

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 4 & 2 |
| Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER:

DATE: 18 July, 00

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. 67 | District to Serve No. 67 | Signature of Authorized USMS Deputy or Clerk: A. Lavelle | Date: 9/11/00 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 9-20-00    Time: am/pm

Signature of U.S. Marshal or Deputy: Andrea Lavelle

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 8.00 | | | 8.00 | | |

FILED SCRANTON SEP 27 2000 [illegible] DEPUTY CLERK

**REMARKS:**

PRIOR EDITIONS MAY BE USED          **1. CLERK OF THE COURT**          FORM USM-285 (Rev. 12/15/80)

# WAIVER OF SERVICE OF SUMMONS

TO: **M. Ash-Sharief Al'Aqbari**
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of **Al'Aqbari** VS **Hawk, et al**, which is case number **CV-00-1449** in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after **9-11-00** (date request was sent), or within 90 days after that date if the request was sent outside the United States.

**09-20-00**
DATE

**Viola L. Hursh**
SIGNATURE

Printed/typed name: **VIOLA L. HURSH**

Title if any: **CORRECTIONAL COUNSELOR**

Address of Person signing: **FCI Allenwood**
**P.O. Box 2500**
**White Deer PA 17887**

Party you represent: _____

FILED
SCRANTON
SEP 27 2000
PER _____
DEPUTY CLERK

# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| M. Ash-Asharief Al'Askari | CV-00-1449 |
| DEFENDANT | TYPE OF PROCESS |
| Janet Reno | ~~Marshal~~ S&C |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Janet Reno, Attorney General, U.S.,

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
U.S. Dept. of Justice, Room 5111, 950 Penna. Ave., N.W., Wash. D.C. 20530

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

M. Ash-Asharief Al'Askari, 34819-066
F.C.I. Allenwood  P.O. Box 2000
White Deer, PA 17887

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Attorney General
DoJ
Washington, DC 20530

DEPARTMENT OF JUSTICE
SEP 15

2. Article Number (Copy from service label)
7099 3400 0009 0817 8734

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature
X ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

CV-00-1449

---

TELEPHONE NUMBER | DATE
 | 18 July

DO NOT WRITE BELOW THIS LINE

USMS Deputy or Clerk | Date
 | 9/11/00

...as shown in "Remarks", the process described...
...oration, etc., shown at the address inserted below.

...ned above (See remarks below)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

| Date of Service | Time | am/pm |
|---|---|---|
| 9-15-00 | | pm |

Signature of U.S. Marshal or Deputy
Andrea Lanelle

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 9.00 | | | 8.00 | | | |

REMARKS:

FILED SCRANTON
SEP 27 2000
PER _____ DEPUTY CLERK

PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80)

**ORIGINAL**

AO 440 (Rev. 10/93) Summons in a Civil Case

# United States District Court
## MIDDLE DISTRICT OF PENNSYLVANIA

### SUMMONS IN A CIVIL CASE

M. Ash-Sharief Al'Askari
    Plaintiff

CASE NUMBER: 1:00-CV-1449

Judge Caldwell

Magistrate Judge Smyser

v.

Kathleen Hawkes, Director, Bureau of Prisons;
Robert Zimany; Robert S. Goldring; and Vivian Hursh,
    Defendants

To: (For the name and address of defendant(s): **SEE COMPLAINT**)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY M. Ash-Sharief Al'Askari

an answer to the complaint which is herewith served upon you, within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**MARY E. D'ANDREA, Clerk**

DATE: August 28th, 2000

*[signature]*

(By) Mark J. Armbruster, Deputy Clerk