● ORIGINAL ●

DMB:MH:slg:2000V00753

(11)
11-13-00
sc

FILED
HARRISBURG

NOV 0 9 2000

MARY E. D'ANDREA, CLERK
Per [signature]
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

M. ASH-SHARIEF AL'ASKARI,  :
    Plaintiff           :
                              :
    v.                     :    Civil No. 1:CV-00-1449
                              :    (Judge Caldwell)
KATHLEEN HAWKES, et al.,   :    (Magistrate Judge Smyser)
    Defendants          :

### DEFENDANTS' MOTION TO DISMISS AND FOR SUMMARY JUDGMENT

Defendants ask the Court to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b) and to grant summary judgment in their favor pursuant to Fed. R. Civ. P. 56(b). A brief in support of this motion will be filed in accordance with M.D. Pa. Local Rule 7.5.

Counsel certifies that he has not obtained the concurrence of plaintiff pursuant to M.D. Pa. Local Rule 7.1 because plaintiff is a prisoner proceeding pro se.

                              Respectfully submitted,

                              DAVID M. BARASCH
                              United States Attorney

                              [signature: Matthew Haggerty/DB]

                              MATTHEW E. HAGGERTY
                              Assistant U.S. Attorney
                              SHELLEY L. GRANT
                              Paralegal Specialist
                              217 Federal Building
                              228 Walnut Street
                              Post Office Box 11754
                              Harrisburg, PA  17108

Dated: November 9, 2000

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

M. ASH-SHARIEF AL'ASKARI,  :
     Plaintiff  :
       :
v.  :  Civil No. 1:CV-00-1449
       :  (Judge Caldwell)
KATHLEEN HAWKES, et al.,  :  (Magistrate Judge Smyser)
     Defendants  :

## CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on November 9, 2000, she served a copy of the attached

**DEFENDANTS' MOTION TO DISMISS AND
FOR SUMMARY JUDGMENT**

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

Addressee:

M. Ash-Sharief Al'Askari
Reg. No. 34819-066
FCI Allenwood
P.O. Box 2000
White Deer, PA 17887

                                           _/s/ Shelley L. Grant_
                                           SHELLEY L. GRANT
                                           Paralegal Specialist