

See Attachment

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| M. ASH-SHARIEF AL'ASKARI, | : | CIVIL NO. 1:00-CV-1449 |
| Plaintiff | : | (Judge Caldwell) |
| v. | : | (Magistrate Judge Smyser) |
| KATHLEEN HAWKES, DIRECTOR, BUREAU OF PRISONS; ROBERT ZIMANY; ROBERT S. GOLDRING; and VIVIAN HURSH, | : | |
| Defendants | : | |

FILED
HARRISBURG, PA
NOV 3 0 2000
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

### ORDER

On November 9, 2000, the defendants filed a motion to dismiss and for summary judgment. On November 22, 2000, the defendants filed a brief and exhibits in support of that motion. The defendants did not file a statement of material facts with their motion as required by Local Rule 56.1 for summary judgment motions.

On November 27, 2000, the defendants filed a motion for leave to file a statement of material facts nunc pro tunc. We will grant that motion. We will also grant the plaintiff

additional time to respond to the defendants' motion to dismiss and summary judgment.

AND NOW, this 30th day of November, 2000, **IT IS HEREBY ORDERED** that the defendants' motion (doc. 14) for leave to file a statement of material facts nunc pro tunc is **GRANTED**. The Clerk of Court is directed to file and docket the defendants' statement of materials facts. The plaintiff shall file a response to the defendants' statement of material facts, a brief and any summary judgment evidence he has in opposition to the motion within fifteen days of the date of this Order.

J. Andrew Smyser
Magistrate Judge

Dated: November 30, 2000.

2

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

November 30, 2000

Re:  1:00-cv-01449    Al'Askari v. Hawkes

True and correct copies of the attached were mailed by the clerk
to the following:

```
    M. Ash-Sharief Al'Askari
    FCI-ALLENWOOD
    34819-066
    P.O. Box 2000
    White Deer, PA  17887

    Matthew Edward Haggerty, Esq.
    Office of the U.S. Attorney
    309 Federal Building
    Scranton, PA  18501
```

```
cc:
Judge                         ( )
Magistrate Judge              ( )
U.S. Marshal                  ( )
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( )  with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( )  with Petition attached & mailed certified mail
                                   to: US Atty Gen   ( )   PA Atty Gen  ( )
                                        DA of County ( )   Respondents  ( )
Bankruptcy Court              ( )
Other_____      ( )
```

MARY E. D'ANDREA, Clerk

DATE: _____11/30/00_____          BY: /s/ _____
                                     Deputy Clerk