*See attached*

**FILED**
HARRISBURG

DEC 2 9 2000

MARY E. D'ANDREA, CLERK
Per____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

M. ASH-SHARIEF AL'ASKARI,       :
            Plaintiff           :
                                :
        v.                      :       Civil No. 1:CV-00-1449
                                :       (Judge Caldwell)
KATHLEEN HAWKES, et al.,        :       (Magistrate Judge Smyser)
            Defendants          :

**O R D E R**

**NOW**, this _29TH_ day of _DECEMBER_, 200_0_, upon consideration of defendants' motion for enlargement of time, **IT IS HEREBY ORDERED** that the motion is granted.  Defendants' shall submit their reply brief in support of their motion to dismiss and for summary judgment on or before January 10, 2001.

_____
J. ANDREW SMYSER,
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

December 29, 2000

Re:  1:00-cv-01449   Al'Askari v. Hawkes

True and correct copies of the attached were mailed by the clerk
to the following:

M. Ash-Sharief Al'Askari
FCI-ALLENWOOD
34819-066
P.O. Box 2000
White Deer, PA  17887

Matthew Edward Haggerty, Esq.
Office of the U.S. Attorney
309 Federal Building
Scranton, PA  18501

cc:
Judge                      ( )
Magistrate Judge           (✓)
U.S. Marshal               ( )
Probation                  ( )
U.S. Attorney              ( )
Atty. for Deft.            ( )
Defendant                  ( )
Warden                     ( )
Bureau of Prisons          ( )
Ct Reporter                ( )
Ctroom Deputy              ( )
Orig-Security              ( )
Federal Public Defender    ( )
Summons Issued             ( ) with N/C attached to complt. and served by:
                               U.S. Marshal ( )    Pltf's Attorney ( )

Standard Order 93-5        ( )
Order to Show Cause        ( ) with Petition attached & mailed certified mail
                               to:  US Atty Gen   ( )  PA Atty Gen ( )
                                    DA of County  ( )  Respondents ( )

Bankruptcy Court           ( )
Other_____  ( )

MARY E. D'ANDREA, Clerk

DATE: __12/29/00__

BY: _____
Deputy Clerk