see ad

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

M. ASH-SHARIEF AL'ASKARI, :
    Plaintiff
                        :

vs.                    :    CIVIL ACTION NO. 1:CV-00-1449
                        :      (Judge Caldwell)
                             (Magistrate Judge Smyser)

KATHLEEN HAWKES, et. al.,
    Defendants           :

FILED
HARRISBURG, PA

O R D E R

APR 2 0 2001

MARY E. D'ANDREA, CLERK
PER _____
       DEPUTY CLERK

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

    By order of April 10, 2001, we adopted the magistrate's report and recommendation and granted Defendants' motion to dismiss Plaintiff's <u>Bivens</u> complaint for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1197e(a). On April 10, 2001, Plaintiff requested we hold in abeyance our decision on the magistrate's report because the United States Supreme Court has granted certiorari to <u>Booth v. Churner</u>, 206 F.3d 289 (3d Cir. 2000). Because Plaintiff's request was filed after our Order, we will treat his request as a motion for reconsideration.

    Plaintiff asserts that any decision by the Court regarding <u>Booth</u> would impact the magistrate judge's reliance on <u>Nyhuis v. Reno</u>, 204 F.3d 65 (3d Cir. 2000). However, the Supreme Court granted certiorari in <u>Booth</u> to decide whether a prisoner

AO 72A
(Rev.8/82)

must exhaust administrative remedies when the prisoner is seeking only monetary damages and monetary damages are not available through the administrative process. In contrast, Plaintiff is also seeking declaratory judgment and injunctive relief. <u>Booth</u> would not impact the magistrate judge's reliance on <u>Nyhuis</u> and Plaintiff must still seek relief through the administrative process.

    Accordingly, this 20th day of April, 2001, it is ordered that Plaintiff's motion for reconsideration, filed April 10, 2001 (Doc. No. 28), is denied.

                                                 /s/ William W. Caldwell  
                                                 William W. Caldwell  
                                                 United States District Judge

2

AO 72A  
(Rev.8/82)

```
                    UNITED STATES DISTRICT COURT
                              FOR THE
                   MIDDLE DISTRICT OF PENNSYLVANIA

                  * * MAILING CERTIFICATE OF CLERK * *

                            April 20, 2001


    Re:  1:00-cv-01449    Al'Askari v. Hawkes



    True and correct copies of the attached were mailed by the clerk
    to the following:


         M. Ash-Sharief Al'Askari
         FCI-ALLENWOOD
         34819-066
         P.O. Box 2000
         White Deer, PA  17887

         Matthew Edward Haggerty, Esq.
         Office of the U.S. Attorney
         309 Federal Building
         Scranton, PA  18501



cc:
Judge                         ( / )           ( ) Pro Se Law Clerk
Magistrate Judge              (   )           ( ) INS
U.S. Marshal                  (   )           ( ) Jury Clerk
Probation                     (   )
U.S. Attorney                 (   )
Atty. for Deft.               (   )
Defendant                     (   )
Warden                        (   )
Bureau of Prisons             (   )
Ct Reporter                   (   )
Ctroom Deputy                 (   )
Orig-Security                 (   )
Federal Public Defender       (   )
Summons Issued                (   )  with N/C attached to complt. and served by:
                                     U.S. Marshal ( )   Pltf's Attorney ( )
Standard Order 93-5           (   )
Order to Show Cause           (   )  with Petition attached & mailed certified mail
                                     to:  US Atty Gen  ( )   PA Atty Gen ( )
                                          DA of County ( )   Respondents ( )
Bankruptcy Court              (   )
Other_____      (   )
                                                 MARY E. D'ANDREA, Clerk
```

DATE: _____4-20-01_____                BY: _[signature]_____
                                                   Deputy Clerk