IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PA

M. ASH-SHARIEF AL'ASKARI,

    PLAINTIFF

V.                          CIVIL ACTION NO. 1:cv-1449
                                  (Judge Caldwell)

KATHLEEN HAWKES, ET. AL.,      (magistrate Judge Smyser)

    DEFENDANTS,

## NOTICE OF APPEAL

Now comes M. Ash-Sharief Al'Askari appellant pro se and says that this is a notice of appeal to the United States Court of Appeals for the 3rd Circuit of the decision to dismiss the above titled action in the U.S,D.C. for the M.D. of Pennsylvania issued by Judge Caldwell, D. J., on 20 April, 2001

## Certificate of Service

I do hereby certify that I have forwarded acopy of this Notice of Appeal upon the attorney for the defendants whose address is:

    U.S. Attorney

    Middle District of Pa

    P.O. BOx 11754

    Harrisburg, Pa 17108

and depositing the same into the prison mailbox here at FCI Allenwood on 4 May, 2001.

                                    M. Ash-Sharief Al'Askari

                                    P.O. Box 2000

                                    White Deer, PA 17887