OFFICE OF THE CLERK

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Marcia M. Waldron
Clerk

Telephone
267-299-4922

pacer.ca3.uscourts.gov

May 11, 2001

NOTICE OF DOCKETING OF APPEAL

FILED
HARRISBURG
MAY 1 4 2001
MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK

Al'Askari v. Hawkes

No(s): 00-cv-01449

(Honorable William W. Caldwell)

An appeal by **M. Ash-Sharief Al'Askari** was filed in the above-captioned case on 5/8/01, and docketed in this Court on 5/11/01, at No. **01-2167**.

Kindly use the Appeals Docket No. **01-2167** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

Marcia M. Waldron
Clerk