INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
DIVISIONAL OFFICE IN HARRISBURG, PENNSYLVANIA

| | |
|---|---|
| M. ASH-SHARIEF AL'ASKARI<br>　　　Plaintiff/Appellant<br>　　v.<br><br>KATHLEEN HAWKES, Director,<br>Bureau of Prisons, et al.<br>　　　Defendants/Appellees | Dist. Ct. Docket # 1:CV-00-01449<br><br>(Judge William W. Caldwell)<br><br>Ct. of Appeals Docket # _____ |

NOTICE OF APPEAL FILED 05/08/01     COURT REPORTERS: No

FILING FEE:
Notice of Appeal    ___ Paid    _X_ Not Paid    ___ Seaman
Docket Fee          ___ Paid    _X_ Not Paid    ___ US or Govt.

FILED
HARRISBURG
MAY 1 4 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

CJA Appointment: (Attach copy of order) N/A
___Private Attorney
___Defender Association or Federal Public Defender
___Motion Pending

Leave to proceed In Forma Pauperis status, if applicable (attach copy of order)
_X_ Motion Granted In First Instance
___Denied
___Motion pending before district judge

Certificate of probable cause (state habeas corpus) (attach copy of order)
___Granted
___Denied
___Pending

MOTIONS CURRENTLY PENDING : No
COPIES TO:
Judge William W. Caldwell                    Mag. Judge J. A. Smyser
M. Ash-Sharief Al'Askari                     Matthew Edward Haggerty, Esquire
File Copy


                                             Virginia Gilmore
DATED: May 9, 2001                           Deputy Clerk


Please acknowledge receipt of these documents on the enclosed copy of this sheet.

Tonya Wyche 5/10/01