


OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
*for the*
MIDDLE DISTRICT OF PENNSYLVANIA

U.S. Courthouse
228 Walnut Street, Rm. 1060
P.O. Box 983
Harrisburg, PA 17108-0983

**MARY E. D'ANDREA**
*Clerk of Court*

(717) 221-392
FAX (717) 221-395

May 9, 2001

OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106

    RE: AL'ASKARI V. HAWKES, ET AL.
         Case Number: 1:CV-00-1449
         USCA Case No: Unknown   Appeal filed 05/08/01

Dear Ms: Waldron:
    Enclosed please find:

    ___ One certified copy of the docket entries to be filed as the Certified List in Lieu of the Record.

    _X_ Actual Record with one certified copy and one uncertified copy of docket entries. (Docs. #1-#31)

    ___ One certified copy of docket entries to be filed as the Certified List in Lieu of the _____ Supplemental Record

    ___ Actual _____ Supplemental Record with one certified copy and one uncertified copy of docket entries.

    Please acknowledge receipt for same on the enclosed duplicate copy of this letter and return to this office.

                          Sincerely,
                          MARY E. D'ANDREA, CLERK

                          Virginia Gilmore
                          Deputy Clerk