cc: all attached

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

M. ASH-SHARIEF AL'ASKARI,      :
        Plaintiff              :
                               :
                               :
    vs.                        :    CIVIL ACTION NO. 1:CV-00-1449
                               :        (Judge Caldwell)
                               :        (Magistrate Judge Smyser)
                               :
KATHLEEN HAWKES, et. al.,      :
        Defendants             :

O R D E R

AND NOW, this 4th day of June, 2001, upon consideration of Plaintiff's attempt to proceed on appeal in forma pauperis, it is certified, pursuant to Federal Rule of Appellate Procedure 24, that Plaintiff's appeal is not taken in good faith for the reasons set forth in the Report of the United States Magistrate Judge, filed March 13, 2001, (Doc. No. 25), and our Order, filed April 20, 2001, (Doc. No. 30), denying Plaintiff's request for reconsideration.

FILED
HARRISBURG, PA

JUN 04 2001

MARY E. D'ANDREA, CLERK
Per _____
        Deputy Clerk

William W. Caldwell
United States District Judge

AO 72A

06/04/01  13:17 FAX 5702075650        USDC MDPA Clerks Office                          ☑ 043

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

June 4, 2001

Re:  1:00-cv-01449    Al'Askari v. Hawkes

True and correct copies of the attached were mailed by the clerk to the following:

    M. Ash-Sharief Al'Askari
    FCI-ALLENWOOD
    34819-066
    P.O. Box 2000
    White Deer, PA   17887

    Matthew Edward Haggerty, Esq.
    Office of the U.S. Attorney
    309 Federal Building
    Scranton, PA   18501

```
cc:
Judge                          (✓)            ( ) Pro Se Law Clerk
Magistrate Judge               ( )            ( ) INS
U.S. Marshal                   ( )            ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( )  with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( )  with Petition attached & mailed certified mail
                                    to:  US Atty Gen ( )    PA Atty Gen ( )
                                         DA of County ( )   Respondents ( )
Bankruptcy Court               ( )
Other_____   ( )
                                                    MARY E. D'ANDREA, Clerk
```

DATE: _____6/4/01_____                                  BY: _____[signature]_____
                                                               Deputy Clerk

*see all*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JERRY MASON, | : | CIVIL NO. 1:00-CV-1490 |
| Petitioner | : | (Judge Rambo) |
| v. | : | (Magistrate Judge Smyser) |
| ROBERT W. MEYERS, Superintendent; | : | |
| Respondent | : | |

**FILED**
**HARRISBURG, PA**

**JUN 0 4 2001**

MARY E. D'ANDREA, CLERK
PER_____ DEPUTY CLERK

<u>ORDER</u>

Upon consideration of Petitioner's Motion for Discovery (Doc. 30) which the respondent (by the District Attorney of Luzerne County) does not oppose, **IT IS ORDERED** that the motion is **GRANTED**. The District Attorney of Luzerne County shall, on or before **June 18, 2001**, produce Commonwealth's Exhibit 21 for DNA testing by the defense. The District Attorney and the Federal Public Defender shall take such measures as are reasonably necessary to preserve chain of custody and to otherwise assure the continuing evidentiary usefulness of the evidence.

J. Andrew Smyser
Magistrate Judge

Dated: June 4, 2001.

AO 72A

06/04/01  10:48 FAX 5702075650       USDC MDPA Clerks Office                    ☒003

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

June 4, 2001

Re:  1:00-cv-01490    Mason v. Meyers

True and correct copies of the attached were mailed by the clerk to the following:

Jerry Mason
SCI-R
SCI at Rockview
BK-6012
P.O. Box A
Bellefonte, PA  16823

Daniel Isaiah Siegel, Esq.
100 Chestnut St.
Suite 306
Harrisburg, PA  17101

David W. Lupas, Esq.
225 Wyoming Ave
West Pittston, PA  18643

Frank P. Barletta, Esq.
District Attorney's Office
Luzerne County Courthouse
200 North River Street
Wilkes-Barre, PA  18711

David W Lupas, Esq.
District Attorney of Luzerne County
Courthouse
200 N. River St.
Wilkes-Barre, PA  18711

David W. Lupas
Luzerne County Courthouse
Wilkes Barre, PA  18711

```
cc:
Judge                        ( )                    ( ) Pro Se Law Clerk
Magistrate Judge             (✓)                    ( ) INS
U.S. Marshal                 ( )                    ( ) Jury Clerk
Probation                    ( )
U.S. Attorney                ( )
Atty. for Deft.              ( )
Defendant                    ( )
Warden                       ( )
Bureau of Prisons            ( )
Ct Reporter                  ( )
Ctroom Deputy                ( )
Orig-Security                ( )
Federal Public Defender      (✓)
Summons Issued               ( )   with N/C attached to complt. and served by:
                                   U.S. Marshal ( )     Pltf's Attorney ( )
Standard Order 93-5          ( )
Order to Show Cause          ( )   with Petition attached & mailed certified mail
                                   to:  US Atty Gen  ( )   PA Atty Gen ( )
                                        DA of County ( )   Respondents ( )
Bankruptcy Court             ( )
Other_____ ( )
                                                   MARY E. D'ANDREA, Clerk

DATE: __6/4/01__                                   BY: _____
                                                        Deputy Clerk
```