1:00-CV-1449 (41)

Termed - Appeal Those

9/27/01
KM



| | | |
|---|---|---|
| NOTICE TO CHECK RECIPIENT | TREASURY-FINANCIAL MANAGEMENT SERVICE | TFS FORM 3039 (Rev.) |

VENDOR NAME: CLERK, U.S. DISTRICT COURT
VENDOR I.D. NUMBER: 134...066

AGENCY NAME AND BILLING ADDRESS: DEPT OF JUSTICE BUREAU OF PRISONS 600 E ST NW ROOM 4029 WASH DC 20530

U.S. TREASURY REG. FINANCIAL CENTER: AUSTIN, TEXAS

CHECK NUMBER: 2221-08697583
CHECK AMOUNT: $******2.86
CHECK DATE: 09-18-01

AGENCY SCHEDULE NUMBER: 0001S00917
AGENCY TELEPHONE NUMBER: 202-307-3052

PAYMENT IDENTIFICATION DATA:
12019313FILING FEE 01-2167
ASKARI, MUHAMMAD 34819066
FCI ALLENWOOD

0869PL

FOR INFO CALL 202-307-3052

# NON NEGOTIABLE

THIS NOTICE IDENTIFIES THE INVOICE, PURCHASE ORDER OR SIMILAR DOCUMENT NUMBERS TO WHICH THE ENCLOSED CHECK RELATES. PLEASE DIRECT ANY INQUIRIES TO THE AGENCY AT THE ADDRESS INDICATED ABOVE, OR BY TELEPHONE IF A NUMBER IS PROVIDED.

---

Mon Sep 24 14:18:29 2001

UNITED STATES DISTRICT COURT
SCRANTON, PA

Receipt No.  333 85274
Cashier      rich
Tender Type  CHECK
Check Number: 08697583
Transaction Type  AR
DO Code  Div No   Acct
4667     3        0869PL
Amount   $  2.86

MUHAMMAD ASKARI  FCI-ALLENWOOD

PARTIAL APPEAL FILING FEE -01-2167
IN CV-00-1449

Mon Sep 24 14:18:29 2001
Check No. 08697583
Amount    2.86
Pay Any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4567

---

DEPARTMENT OF THE TREASURY
FINANCIAL MANAGEMENT SERVICE
REGIONAL FINANCIAL CENTER
PO BOX 149058
AUSTIN TEXAS 78714-9058

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

FIRST CLASS MAIL
POSTAGE & FEES PAID
DEPARTMENT OF THE TREASURY
PERMIT NO. G-4

RECEIVED
SCRANTON
SEP 21 2001
PER_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

September 27, 2001

Re:  1:00-cv-01449   Al'Askari v. Hawkes

True and correct copies of the attached were mailed by the clerk to the following:

M. Ash-Sharief Al'Askari
FCI-ALLENWOOD
34819-066
P.O. Box 2000
White Deer, PA  17887

CC:
Judge                          ( )        (√) Pro Se Law Clerk  *appeal*
Magistrate Judge               ( )        ( ) INS
U.S. Marshal                   ( )        ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( )  with N/C attached to complt. and served by:
                                    U.S. Marshal ( )   Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( )  with Petition attached & mailed certified mail
                                    to: US Atty Gen  ( )   PA Atty Gen ( )
                                        DA of County ( )   Respondents ( )
Bankruptcy Court               ( )
Other_____          ( )
                                                    MARY E. D'ANDREA, Clerk

DATE:  9/27/01                            BY:  Km
                                               Deputy Clerk