```
Mon Nov 5 11:51:36 2001

UNITED STATES DISTRICT COURT
  SCRANTON     PA

Receipt No.   333 85738
Cashier       rich

Tender Type  CHECK

Check Number: 2221 09000535

Transaction Type  AR

DO Code   Div No    Acct
4667      3         0859PL

Amount        $    4.44

ASH-SHARIFF AL'ASKARI FCI ALLENWOOD
34819066

PARTIAL APPEAL FEE

1:00 CV 1449
```

1:00 CV 1449

TERMED

(42)
11-13-01

```
Mon Nov 5 11:51:36 2001

Check No. 2221 09000535
Amount$    4.44
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667
```

| NOTICE TO CHECK RECIPIENT | | TREASURY FINANCIAL MANAGEMENT SERVICE   TFS FORM 3039 (Rev.) | |
|---|---|---|---|
| VENDOR NAME: | CLERK, U.S. DISTRICT COURT | VENDOR I.D. NUMBER: | 134819066 |
| AGENCY NAME AND BILLING ADDRESS: | DEPT OF JUSTICE BUREAU OF PRISONS 600 E ST NW ROOM 4029 WASH DC 20530 | U.S. TREASURY REG. FINANCIAL CENTER: | AUSTIN, TEXAS |
| | | CHECK NUMBER | CHECK AMOUNT | CHECK DATE |
| | | 2221-09000535 | $******4.44 | 11-02-01 |

PAYMENT IDENTIFICATION DATA:
22012258 FILING FEE  01-2167
MUHAMMAD, ASKARI 34819066
FCI ALLENWOOD

FOR INFO CALL 202-307-3052

AGENCY SCHEDULE NUMBER
0002S01101

AGENCY TELEPHONE NUMBER
202-307-3052

# NON NEGOTIABLE

THIS NOTICE IDENTIFIES THE INVOICE, PURCHASE ORDER OR SIMILAR DOCUMENT NUMBERS TO WHICH THE ENCLOSED CHECK RELATES. PLEASE DIRECT ANY INQUIRIES TO THE AGENCY AT THE ADDRESS INDICATED ABOVE, OR BY TELEPHONE IF A NUMBER IS PROVIDED.