1:00CV1449

Tue Nov 13 14:50:57 2001

UNITED STATES DISTRICT COURT

SCRANTON    , PA

Receipt No.   333 85839
Cashier        rich

Tender Type   CHECK

Check Number: 2221 09086713

Transaction Type   AR

DØ Code    Div No.    Acct
4667         3        0869PL

Amount      $     13.56

MUHAMMAD ASKARI FCI ALLENWOOD

PARTIAL APPEAL FEE

**FILED**
**SCRANTON**

NOV 13 2001

PER _____
       DEPUTY CLERK

Check No. 2221 09086713
Amount$  13.56
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667

43
11-20-01

1:00CV1449

TERMED

---

NOTICE TO CHECK RECIPIENT       TREASURY-FINANCIAL MANAGEMENT SERVICE    TFS FORM 3039 (Rev.)

| VENDOR NAME: | CLERK, U. S. DISTRICT COURT | VENDOR I.D. NUMBER: | 134819066 | |
|---|---|---|---|---|
| AGENCY NAME AND BILLING ADDRESS: | DEPT OF JUSTICE BUREAU OF PRISONS 600 E ST NW ROOM 4029 WASH DC 20530 | U.S. TREASURY REG. FINANCIAL CENTER: | AUSTIN, TEXAS | |
| | | CHECK NUMBER | CHECK AMOUNT | CHECK DATE |
| | | 2221-09086713 | $*****13.56 | 11-08-01 |

PAYMENT IDENTIFICATION DATA:
22012300FILING FEE 01-2167
ASKARI,MUHAMMAD 34819066
FCI ALLENWOOD

FOR INFO CALL 202-307-3052

AGENCY SCHEDULE NUMBER
0002S01107

AGENCY TELEPHONE NUMBER
202-307-3052

# NON NEGOTIABLE



THIS NOTICE IDENTIFIES THE INVOICE, PURCHASE ORDER OR SIMILAR DOCUMENT NUMBERS TO WHICH THE ENCLOSED CHECK RELATES. PLEASE DIRECT ANY INQUIRIES TO THE AGENCY AT THE ADDRESS INDICATED ABOVE, OR BY TELEPHONE IF A NUMBER IS PROVIDED.