1:00-CV-1449

(45)
2/14/02
PO

Appeal

```
Mon Feb 11 13:07:08 2002

UNITED STATES DISTRICT COURT
   SCRANTON      , PA
Receipt No.  333 86898
Cashier       tanya
Tender Type  CHECK
Check Number: 2221 60919923
Transaction Type  AR
DR Code   Div No    Acct
A667        3       0869PL
Amount              $   8.95
MUHAMMAD ASKARI FCI ALLENWOOD 348190
.66
PARTIAL APPEAL FEE
```

FILED
SCRANTON
FEB 11 2002
PER _____ DEPUTY CLERK

```
Mon Feb 11 13:07:08 2002
Check No. 2221 60919923
Amount $   8.95
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol A667
```