00-1449

46
m
4/11/02

```
Tue Apr  9 11:37:23 2002

UNITED STATES DISTRICT COURT

SCRANTON     , PA

Receipt No.   333 87599
Cashier       tanya

Tender Type  CHECK

Check Number: 2221 61438006

Transaction Type  AR

D0 Code   Div No    Acct
 4667      3       0869PL

Amount        $    38.59

MUHAMMAD ASKARI FCI ALLENWOOD

APPEAL FILING FEE
```

FILED
SCRANTON
APR 09 2002

cn

Tue Apr  9 11:37:23 2002
PER
Check No. 2221 61438006
Amount$   38.59       DEPUTY CLERK
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667

1:00CV1449

TERMED

| | | | | |
|---|---|---|---|---|
| NOTICE TO CHECK RECIPIENT | | TREASURY-FINANCIAL MANAGEMENT SERVICE | | TFS FORM 3039 (Rev.) |
| VENDOR NAME: | CLERK, U. S. DISTRICT COURT | | VENDOR I.D. NUMBER: | 134819066 |
| AGENCY NAME AND BILLING ADDRESS: | DEPT OF JUSTICE BUREAU OF PRISONS 600 E ST NW ROOM 4029 WASH DC  20530 | U.S. TREASURY REG. FINANCIAL CENTER: | | AUSTIN, TEXAS |
| | | CHECK NUMBER | CHECK AMOUNT | CHECK DATE |
| | | 2221-61438006 | $*****38.59 | 04-05-02 |
| PAYMENT IDENTIFICATION DATA | 22013360FILING FEE: 01-2167 ASKARI,MUHAMMAD 34819066 FCI ALLENWOOD  FOR INFO CALL 202-307-3052 | | | AGENCY SCHEDULE NUMBER 0002S00404 |
| | | | | AGENCY TELEPHONE NUMBER 202-307-3052 |

# NON NEGOTIABLE

THIS NOTICE IDENTIFIES THE INVOICE, PURCHASE ORDER OR SIMILAR DOCUMENT NUMBERS TO WHICH THE ENCLOSED CHECK RELATES.
PLEASE DIRECT ANY INQUIRIES TO THE AGENCY AT THE ADDRESS INDICATED ABOVE, OR BY TELEPHONE IF A NUMBER IS PROVIDED.