

**MARY E. D'ANDREA**
Clerk of Court

OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT of PENNSYLVANIA
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600  FAX (570) 207-5650

*Divisional Offices*

Harrisburg: (717) 221-3920
Williamsport: (570) 323-6380

FILED
SCRANTON
MAY 20 2002

PER _____
DEPUTY CLERK

May 20, 2002

Inmate Accounting
USP-Allenwood
PO Box 3000
White Deer, PA 17887

(M.D. 1:00-1449)
Re: CA 01-2167
Askari v Hawkes, et al

To Whom It May Concern:

Please be advised that our records in the above captioned case for Muhammad Askari, 34819-066, indicates that Mr. Askari is paid in full.

If I can be of any further assistance, please feel free to contact me at 570-207-5664.

Sincerely,

Mary E. D'Andrea
Clerk

By:
*Nancy A. Edmunds*
Nancy A. Edmunds
Financial Specialist