OFFICE OF THE CLERK

| | | |
|---|---|---|
| MARCIA M. WALDRON<br>CLERK | **UNITED STATES COURT OF APPEALS**<br>FOR THE THIRD CIRCUIT<br>21400 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA 19106-1790 | TELEPHONE<br>215-597-2995 |

<u>Middle-Harrisburg</u> Clerk of District Court    Date <u>June 24, 2002</u>
(District)

<u>Al'Askari v. Hawkes</u>    C. of A. No. <u>01-2167</u>
(Caption)

<u>M. Ash-Sharief Al'Askari</u>
(Appellant)

<u>00-cv-01449</u>
(D.C. No.)

RECEIVED
HARRISBURG, PA
JUN 27 2002
MARY E. D'ANDREA, CLERK
Per _____

Enclosures:

<u>June 24, 2002</u> Certified copy of C. of A. Order by the Clerk
(Date)

\*__X__ **Record**

\*__X__ **Supplemental Record (First)**

\*_____ Exhibits

\*_____ State Court Record

__X__ **Copy of this form to acknowledge receipt and return to C. of A.**

_____ Record not returned at this time until appeal(s) closed at No.(s)_____

_____ Please forward Record to this office.

_____ The certified copy of order issued as the mandate on_____
is recalled.

         <u>Lynn Lopez</u>    (267)-299-<u>4922</u>
         Deputy Clerk    Telephone Number

\*_[signature]_ (267)-299-<u>4917</u>
         Record Processor    Telephone Number

Receipt Acknowledge:      6/26/02

_____
(Name)

_____
(Date)
Rev. 3/13/00
Appeals (Record)

ack RB 6/27/02

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 01-2167

Al'Askari

vs.

Hawkes, et al.

M. Ash-Sharief Al'Askari, Appellant

(Middle District of Pennsylvania Civil No. 00-cv-01449)

O R D E R

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR Misc. 107.2,

It is O R D E R E D that the above-entitled case is hereby dismissed for failure to timely prosecute;

It is FURTHER O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

A True Copy:

Marcia M. Waldron,
Clerk

For the Court,

Marcia M. Waldron

Clerk

FILED
HARRISBURG, PA
JUN 27 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Date: June 24, 2002

cc:
　　Mr. M. Ash-Sharief Al'Askari
　　Matthew E. Haggerty, Esq.