# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**FILED**

HARRISBURG, PA

JUL 0 8 2002

MARY E. D'ANDREA, CLERK

Per _____

No. 01-2167

Al'Askari

vs.

Hawkes, et al.

M. Ash-Sharief Al'Askari, Appellant

(Middle District of Pennsylvania Civil No. 00-cv-01449)

## O R D E R

It is  **O R D E R E D**  that the Clerk's order dated **6/24/02**, which dismissed the appeal for failure to timely prosecute in the above-entitled case, having issued in error, be and the same is hereby vacated and the appeal is reinstated.

It is  **F U R T H E R   O R D E R E D**   that the certified order issued as the mandate on **6/24/02** be and hereby is recalled.

**A TRUE COPY:**

*Kathleen Brouwer*

Kathleen Brouwer,
**Chief Deputy Clerk**

For the Court,

*Marcia M. Waldron*

Clerk

Date: July 2, 2002

cc:

M. Ash-Sharief Al'Askari #34819-066
Matthew E. Haggerty, Esq.

OFFICE OF THE CLERK

**MARCIA M. WALDRON**

CLERK

# UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT

21400 UNITED STATES COURTHOUSE

601 MARKET STREET

PHILADELPHIA 19106-1790

TELEPHONE

215-597-2995

_Harrisburg_ _____ Clerk of District Court          Date ____ _July 2, 2002_ _____

   *(District)*

_Al'Askari v. Hawkes_ _____                    C. of A. No. _____ _01-2167_ ____

*(Caption)*

**RECEIVED**
HARRISBURG, PA

_M. Ash-Sharief Al'Askari_ _____

   *(Appellant)*

JUL 0 8 2002

_00-cv-01449_ _____

   *(D.C. No.)*

MARY E. D'ANDREA, CLERK

Per _____

*Enclosures:*

_July 2, 2002_ _____**Certified copy of C. of A. Order by the Clerk**

   *(Date)*

_____ *Returned (Record) (Supplemental Record - First - Second - Third)*

_____ **Copy of this form to acknowledge receipt and return to C. of A.**

_____ *Record not released at this time until appeal(s) closed at No.(s)_____*

   _____

____ _XX_ ____ *Please forward the Record to this office.*

____ _XX_ ____ *The certified copy of order issued as the mandate on* _6/24/02_ ____
   *is recalled.*

              _Shannon L. Craven_ _____ _(267)-299-4959_ _____
                 *Deputy Clerk*          *Telephone Number*

*Receipt Acknowledge:*

_____

   *(Name)*

_____

   *(Date)*

                                 *Rev. 3/13/00*
               *Appeals (Certified List in Lieu of Record)*

ACKRB 7/8/02