FROM: M. Ash-Sharief Al'Askari
Reg.No.34819-066
FCI Allenwood
POBox 2000
White Deer, PA 17887

Date: 26 October, 2002

TO: Clerk of Court
U.S.District Court
235 N. Washington Ave.
POBox 1148
Scranton, PA 18501

RE: **AL'ASKARI V. KATHLEEN HAWKES ET AL, M.D.PA NO.1:cv-00-1449 (CA3 NO.01-2176)**

Dear Clerk:

I had a filing fee of $105.00 for the above named case in this court. It was to be paid at twenty percent of my monthly prison account here at Allenwood. Specifically, the prison has been deducting payments towards this fee routinely since I contracted to pay the filing fee pursuant **PLRA**.

I am requesting information from your office concerning whether or not the total fee has been remitted to your office from the prison accounting office. Because I have not received any receipts either from your office or from the prison accounting office here informing me that the $105.00 has been paid in full or am I still remitting monthly payments towards this case? Thank you.

Sincerely,

M. Ash-Sharief Al'Askari

FILED
SCRANTON

OCT 3 0 2002

PER _____
DEPUTY CLERK