

**MARY E. D'ANDREA**
Clerk of Court

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT of PENNSYLVANIA**
*William J. Nealon Federal Bldg. & U.S. Courthouse*
*235 North Washington Avenue*
*P.O. Box 1148*
*Scranton, PA 18501-1148*

(570) 207-5600  FAX (570) 207-5650

*Divisional Offices*

Harrisburg: (717) 221-3920
Williamsport: (570) 323-6380

October 30, 2002

FILED
SCRANTON

OCT 30 2002

PER _____
DEPUTY CLERK

Inmate Accounting
FCI-Allenwood
PO Box 2000
White Deer, PA 17887

(M.D. 1-00-1449)
Re: CA 01-2167
Al'Askari v Hawkes, et al

To Whom It May Concern:

Please be advised that our records in the above captioned case for M Ash Sharief Al'Askari, 3419-066 indicates that Mr Al'Askari appeal filing fee is paid in full.

If I can be of any further assistance, please feel free to contact me at 570-207-5664.

Sincerely,

Mary E. D'Andrea
Clerk

By:
Nancy A. Edmunds
Financial Specialist