

**OFFICE OF THE CLERK**

**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT of PENNSYLVANIA**
*William J. Nealon Federal Bldg. & U.S. Courthouse*
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600  FAX (570) 207-5650

**MARY E. D'ANDREA**
*Clerk of Court*

*Divisional Offices*

Harrisburg: (717) 221-3920
Williamsport: (570) 323-6380

October 30, 2002

Inmate Accounting
FCI-Allenwood
PO Box 2000
White Deer, PA 17887

FILED
OCT 30 2002
PER_____ DEPUTY CLERK

Re: CV 00-1449 (1)
Al'Askari v Hawkes, et al

To Whom It May Concern:

Please be advised that our records in the above captioned case for M Ash Sharief Al'Askari, 3419-066 indicates that Mr Al'Askari has a balance of $144.55.

If I can be of any further assistance, please feel free to contact me at 570-207-5664.

Sincerely,

Mary E. D'Andrea
Clerk

By:
Nancy A. Edmunds
Financial Specialist