```
/a/ any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667

Tue Nov 12 13:32:52 2002

UNITED STATES DISTRICT COURT

SCRANTON      , PA

Receipt No.  333 90151
Cashier       gina

Tender Type: CHECK

Check Number: 12328509

Transaction Type  AR

DØ Code    Div No     Acct
4667         3        5100PL

Amount         $    21.69

DOJ 600 E ST NW RM 4029 WASH, DC 2
0530

PART FF/00-1449/ALASKARI


  cn
Tue Nov 12 13:32:52 2002

Check No. 12328509
Amount$  21.69
```

Termed
Appeal pro se
4B-05F

(54)
KM
11/13/02

00-1449

# FILED

| NOTICE TO CHECK RECIPIENT | TREASURY-FINANCIAL MANAGEMENT SERVICE | TFS FORM 3039 (Rev.) |
|---|---|---|
| VENDOR NAME: CLERK, U. S. DISTRICT COURT | VENDOR I.D. NUMBER: | 134819066 |

| AGENCY NAME AND BILLING ADDRESS: | DEPT OF JUSTICE BUREAU OF PRISONS 600 E ST NW ROOM 4029 WASH DC 20530 | U.S. TREASURY REG. FINANCIAL CENTER: AUSTIN, TEXAS | | |
|---|---|---|---|---|
| | | CHECK NUMBER | CHECK AMOUNT | CHECK DATE |
| | | 2221-12328509 | $*****21.69 | 11-06-02 |

PAYMENT IDENTIFICATION DATA:
320122161:DOC NO CV00-1449
ASKARI,MUHAMMAD 34819066
FCI ALLENWOOD

FOR INFO CALL 202-307-3052

1449 /
5100PL   $21.69

AGENCY SCHEDULE NUMBER
0003S01105
AGENCY TELEPHONE NUMBER
202-307-3052

# NON NEGOTIABLE



THIS NOTICE IDENTIFIES THE INVOICE, PURCHASE ORDER OR SIMILAR DOCUMENT NUMBERS TO WHICH THE ENCLOSED CHECK RELATES.