1:00CV1449
appeal prose

55
KM
11/14/02

Tue Nov 12 13:32:52 2002

UNITED STATES DISTRICT COURT

SCRANTON , PA

Receipt No. 333 90151
Cashier gina

Tender Type CHECK

Check Number: 12328509

Transaction Type AR

| DO Code | Div No | Acct |
|---|---|---|
| 4667 | 3 | 5100PL |

Amount $ 21.69

DOJ 600 E ST NW RM 4029 WASH, DC 2
0530

PART FF/00-1449/ALASKARI

cn