From: M. Ash-Sharif Al'Askari
5737 N. 12th St
Phila., PA 19141

To: Clerk of Court
U.S. District Court
Middle District of PA
228 Walnut St.
Harrisburg, PA 17108

Date: 22 January, 2003

Re: M.D.PA No. 00-CV-01449 (CA3 No. 01-2167; Al'Askari v. Bureau of Prisons, M.D.PA No. (Unk.)

Dear Clerk of Court

Please be advised to change my address from: P.O. Box 2000, White Deer, PA 17887 to: 5737 N. 12th St, Phila, PA 19141. Thank you

M. Ash-Sharif Al'Askari

FILED
HARRISBURG, PA
JAN 29 2003
MARY E. D'ANDREA, CLERK
Per _____