

U.S. Department of Justice

Federal Bureau of Prisons



*Consolidated Legal Center - Allenwood*

P.O. Box 1500
White Deer, PA 17887

January 31, 2003

Mary E. D'Andrea, Clerk of Court
United States District Court
for the Middle District of Pennsylvania
ATTN: Nancy Edmunds, Financial Specialist
P O Box 1148
Scranton, PA 18501-1148

FILED
SCRANTON

FEB 06 2003

PER

    Re:    Al'Askari, M. Ash-Sharief - Reg. No. 34819-066
            1:00-CV-01449

Dear Ms. Edmunds:

This letter is to inform you that the above-referenced inmate was released from custody on January 21, 2003, from the Federal Correctional Institution - Allenwood, White Deer, PA.

Should you need any additional information, please contact me at (570) 547-1990 x4119.

Sincerely,

Michelle Mertz
Legal Assistant