```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

M. ASH-SHARIEF AL'ASKARI,          :
        Plaintiff
                                   :

                                   :
        vs.                            CIVIL ACTION NO. 1:CV-00-1449
                                   :       (Judge Caldwell)
                                           (Magistrate Judge Smyser)
                                   :
KATHLEEN HAWKES, et. al.,
        Defendants                 :


                           O R D E R

AND NOW, this 11th day of April, 2003, in light of the decision of the Third Circuit, it is ordered that this matter is remanded to the magistrate judge for further proceedings on the access-to-the-courts claim and any recommendation as to its resolution.

                                    /s/William W. Caldwell
                                   William W. Caldwell
                                   United States District Judge