```
                    UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

M. ASH-SHARIEF AL'ASKARI,        :   CIVIL NO. 1:00-CV-1449
                                 :
            Plaintiff            :   (Judge Caldwell)
                                 :
       v.                        :   (Magistrate Judge Smyser)
                                 :
KATHLEEN HAWKES, DIRECTOR;       :
BUREAU OF PRISONS;               :
ROBERT ZIMANY;                   :
ROBERT S. GOLDRING; and          :
VIVIAN HURSH,                    :
                                 :
            Defendants           :
```

**CASE MANAGEMENT ORDER**

By an Order dated April 11, 2003, Judge Caldwell remanded this case to the undersigned for further proceedings on the plaintiff's access to the courts claim. The following case management deadlines govern this case.

   **1. Discovery Deadline**. All discovery shall be planned and commenced so as to be completed by **August 25, 2003.**

   **2. Discovery Limitations.** In the absence of mutual consent to exceed these limits or a court order, the maximum number of interrogatories per side shall be twenty five (25); the maximum number of document production requests per side shall be twenty five (25); and the maximum number of requests for admissions per side shall be twenty-five (25).

**3. Discovery-Related Motions**. Any discovery-related motion shall be filed on or before **September 2, 2003**. Because the plaintiff is proceeding *pro se* and is in custody, compliance with Local Rule 26.3, Rules of Court, M.D. Pa., is not required in this case.

**4. Dispositive Motions**. Any dispositive motion shall be filed, as well as the supporting brief, on or before **September 25, 2003.**

**5. Consent**. On or before **August 25, 2003**, counsel for the defendants shall file either a consent form, signed by all counsel and the plaintiff, consenting to proceed under 28 U.S.C. § 636(c) before a magistrate judge, or a statement that there is not mutual consent to have a magistrate judge serve as the judge of the case.

The court will, in the absence of good cause, adhere to the schedule hereby established. Extensions of the discovery period and of the deadline for filing dispositive motions will be granted only when good cause is shown and a motion is timely made.

*/s/ J. Andrew Smyser*
J. Andrew Smyser
Magistrate Judge

Dated: April 29, 2003.