TAM:DBS:mel:2000V00753

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| M. ASH-SHARIEF AL'ASKARI,         : | |
| Plaintiff                                   : | Civil No. 1:CV-00-1449 |
| : | (Caldwell, J.) |
| v.                                             : | (Smyser, M.J.) |
| : | |
| KATHLEEN HAWKES, et al., ,    : | Electronically Filed |
| Defendants                              : | |

### PRAECIPE TO SUBSTITUTE COUNSEL

To the Clerk of the District Court:

    Please enter the appearance of D. Brian Simpson, Assistant United States Attorney for the Middle District of Pennsylvania, and substitute him as counsel for defendant Goldring in place of Matthew E. Haggerty, Assistant United States Attorney.

                            Respectfully submitted,

                            THOMAS A. MARINO
                            United States Attorney

                            s/ D. Brian Simpson
                            D. BRIAN SIMPSON
                            Assistant U.S. Attorney
                            Atty. I.D. No. OH 71431
                            316 Federal Building
                            240 West Third Street
                            Williamsport, PA 17703
                            Telephone: 717-221-4482
                            Facsimile: 717-221-2246

Dated: June 19, 2003

```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF PENNSYLVANIA


M. ASH-SHARIEF AL'ASKARI,       :
          Plaintiff             :   Civil No. 1:CV-00-1449
                                :   (Caldwell, J.)
          v.                    :   (Smyser, M.J.)
                                :
KATHLEEN HAWKES, et al., ,      :   Electronically Filed
          Defendants            :
```

### CERTIFICATE OF SERVICE

     The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

     That on June 19, 2003, she served a copy of the attached

### PRAECIPE TO SUBSTITUTE COUNSEL

by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Williamsport, Pennsylvania.

Addressee:

M. Ash-Sharief Al'Askari
5737 N. 12th Street
Philadelphia, PA 19141

                                      s/ Michele E. Lincalis
                                      MICHELE E. LINCALIS
                                      Paralegal Specialist