TAM:DBS:mel:2000V00753

```
                UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF PENNSYLVANIA


M. ASH-SHARIEF AL'ASKARI,      :
                               :
          Plaintiff            :    Civil No. 1:CV-00-1449
                               :    (Caldwell, J.)
          v.                   :    (Smyser, M.J.)
                               :
KATHLEEN HAWKES, et al., ,     :    Electronically Filed
                               :
          Defendants           :
```

**DEFENDANT'S MOTION FOR LEAVE
TO FILE ANSWER NUNC PRO TUNC**

Defendant Goldring requests the Court for leave to file his answer to the complaint nunc pro tunc. A brief in support of this motion has been filed in accordance with M.D. Pa. Local Rule 7.5.

Counsel for defendants certifies that although plaintiff provided us with a change of address upon his release from Bureau of Prisons' custody, plaintiff has not provided us with a telephone number for defendants' use in obtaining his concurrence. Thus, in an effort to comply with Local Rule 7.1, we have sent plaintiff a letter asking him to inform the Court

whether he concurs in defendants' motion.  A copy of the letter is attached for the Court's convenience.

                                        Respectfully submitted,

                                        THOMAS A. MARINO
                                        United States Attorney

                                        <u>s/ D. Brian Simpson</u>
                                        D. BRIAN SIMPSON
                                        Assistant U.S. Attorney
                                        Atty. I.D. No. OH 71431
                                        316 Federal Building
                                        240 West Third Street
                                        Williamsport, PA 17703
                                        Telephone: 717-221-4482
                                        Facsimile: 717-221-2246

Dated: June 19, 2003

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| M. ASH-SHARIEF AL'ASKARI, | : | |
| Plaintiff | : | Civil No. 1:CV-00-1449 |
| | : | (Caldwell, J.) |
| v. | : | (Smyser, M.J.) |
| | : | |
| KATHLEEN HAWKES, et al., , | : | Electronically Filed |
| Defendants | : | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That on June 19, 2003, she served a copy of the attached

**DEFENDANT'S MOTION FOR LEAVE
TO FILE ANSWER NUNC PRO TUNC**

by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Williamsport, Pennsylvania.

Addressee:

M. Ash-Sharief Al'Askari
5737 N. 12th Street
Philadelphia, PA 19141

                                             s/ Michele E. Lincalis
                                             MICHELE E. LINCALIS
                                             Paralegal Specialist