

**U.S. Department of Justice**

*Thomas A. Marino*
United States Attorney
Middle District of Pennsylvania

---

| | | |
|---|---|---|
| *William J. Nealon Federal Building* | *Harrisburg Federal Building and* | *Herman T. Schneebeli Federal Building* |
| *Suite 311* | *Courthouse, Suite 220* | *Suite 316* |
| *235 N. Washington Avenue* | *228 Walnut Street* | *240 West Third Street* |
| *P.O. Box 309* | *P.O. Box 11754* | *Williamsport, PA 17701-6465* |
| *Scranton, PA 18501-0309* | *Harrisburg, PA 17108-1754* | *(570) 326-1935* |
| *(570) 348-2800* | *(717) 221-4482* | *FAX (570) 326-7916* |
| *FAX (570) 348-2816/348-2830* | *FAX (717) 221-4582/221-2246* | |

*Please respond to:*  Williamsport

June 19, 2003

M. Ash-Sharief Al'Askari
5737 N. 12th Street
Philadelphia, PA 19141

RE:  Al'Askari v. Hawkes, et al.
     M.D. Pa. Civil No. 1:CV-00-1449; USDC

Dear Mr. Al'Askari:

 I have entered my appearance as counsel for defendants in this matter. Enclosed is a copy of the praecipe to substitute counsel as well as an answer and motion for leave to file the answer *nunc pro tunc* filed today. Under the Local Rules of the District Court, I am required to seek your concurrence in the filing of the motion. Since a phone number was not made available to us for this purpose, I have elected to do so in writing, thus, the purpose of my letter to you. It would be appreciated if, at your earliest convenience, you could inform me and the Court of your concurrence on nonconcurrence in the filing of our motion.

                                        Sincerely,

                                        THOMAS A. MARINO
                                        United States Attorney


                                        s/ D. Brian Simpson
                                        D. BRIAN SIMPSON
                                        Assistant U.S. Attorney

TAM:DBS:mel
Enclosures