UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| M. ASH-SHARIEF AL'ASKARI, | : | |
| Plaintiff | : | Civil No. 1:CV-00-1449 |
| | : | (Caldwell, J.) |
| v. | : | (Smyser, M.J.) |
| | : | |
| KATHLEEN HAWKES, et al., , | : | |
| Defendants | : | |

**O R D E R**

**NOW,** this _____ day of _____, 2003, upon consideration of defendant Goldring's motion for leave to file his answer <u>nunc pro tunc</u>, **IT IS HEREBY ORDERED THAT** the motion is granted.  Defendant's answer filed on June 19, 2003, will be accepted as timely filed.

                                                      J. Andrew Smyser
                                                     Magistrate Judge