```
            UNITED STATES DISTRICT COURT
           MIDDLE DISTRICT OF PENNSYLVANIA


M. ASH-SHARIEF AL'ASKARI,      :
          Plaintiff            :   Civil No. 1:CV-00-1449
                               :   (Caldwell, J.)
          v.                   :   (Smyser, M.J.)
                               :
KATHLEEN HAWKES, et al., ,     :
          Defendants           :
```

## O R D E R

**NOW**, this 19th day of June, 2003, upon consideration of defendant Goldring's motion for leave to file his answer <u>nunc pro tunc</u>, **IT IS HEREBY ORDERED THAT** the motion (Doc. 63) is granted. Defendant's answer filed on June 19, 2003, will be accepted as timely filed.

                               /s/ J. Andrew Smyser
                               J. Andrew Smyser
                               Magistrate Judge