TAM:DBS:mel:2000V00753

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| M. ASH-SHARIEF AL'ASKARI, | : | |
| | : | |
| Plaintiff | : | Civil No. 1:CV-00-1449 |
| | : | (Caldwell, J.) |
| v. | : | (Smyser, M.J.) |
| | : | |
| KATHLEEN HAWKES, et al., , | : | Electronically Filed |
| | : | |
| Defendants | : | |

### DEFENDANT'S CONSENT TO PROCEED
### UNDER 28 U.S.C. § 636(c) BEFORE A MAGISTRATE JUDGE

This is a <u>Bivens</u> action brought by former inmate M. Ash-Sharief Al'Askari alleging Attorney Advisor Douglas Goldring violated his constitutional right of access to the courts.  On April 29, 2003, Magistrate Judge Smyser issued a Case Management Order directing, in part, that counsel for defendant file either a consent form signed by all counsel and the plaintiff consenting to proceed under 28 U.S.C. § 636(c) before a magistrate judge, or a statement that there is not mutual consent to have a magistrate judge serve as the judge of the case.

On August 6, 2003, counsel for defendant sent Mr. Al'Askari a letter stating defendant's consent to proceed before a magistrate judge and enclosed an executed consent form for plaintiff's review.  A copy of the letter is attached for the Court's convenience.

As of this date, Mr. Al'Askari has not returned an executed consent form nor has he contacted the undersigned to indicate that he does not consent to proceed before a magistrate judge.

Counsel for defendant does consent to proceed before a magistrate judge, however, because plaintiff has not returned an executed consent form, there is currently no mutual consent.

                Respectfully submitted,

                THOMAS A. MARINO
                United States Attorney

                s/ D. Brian Simpson
                D. BRIAN SIMPSON
                Assistant U.S. Attorney
                Atty. I.D. No. OH 71431
                316 Federal Building
                240 West Third Street
                Williamsport, PA 17703
                Telephone: 717-221-4482
                Facsimile: 717-221-2246

Dated: August 25, 2003

```
                    UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF PENNSYLVANIA


M. ASH-SHARIEF AL'ASKARI,      :
          Plaintiff            :    Civil No. 1:CV-00-1449
                               :    (Caldwell, J.)
          v.                   :    (Smyser, M.J.)
                               :
KATHLEEN HAWKES, et al., ,     :    Electronically Filed
          Defendants           :
```

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That on August 25, 2003, she served a copy of the attached

### DEFENDANT'S CONSENT TO PROCEED UNDER 28 U.S.C. § 636(c) BEFORE A MAGISTRATE JUDGE

by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Williamsport, Pennsylvania.

Addressee:

M. Ash-Sharief Al'Askari
5737 N. 12th Street
Philadelphia, PA 19141

                                            s/ Michele E. Lincalis
                                            MICHELE E. LINCALIS
                                            Paralegal Specialist