

**U.S. Department of Justice**

*Thomas A. Marino*
United States Attorney
Middle District of Pennsylvania

---

| | | |
|---|---|---|
| *William J. Nealon Federal Building* <br> *Suite 311* <br> *235 N. Washington Avenue* <br> *P.O. Box 309* <br> *Scranton, PA 18501-0309* <br> *(570) 348-2800* <br> *FAX (570) 348-2816/348-2830* | *Harrisburg Federal Building and* <br> *Courthouse, Suite 220* <br> *228 Walnut Street* <br> *P.O. Box 11754* <br> *Harrisburg, PA 17108-1754* <br> *(717) 221-4482* <br> *FAX (717) 221-4582/221-2246* | *Herman T. Schneebeli Federal Building* <br> *Suite 316* <br> *240 West Third Street* <br> *Williamsport, PA 17701-6465* <br> *(570) 326-1935* <br> *FAX (570) 326-7916* |

Please respond to: ____Williamsport____

August 6, 2003

M. Ash-Sharief Al'Askari
5737 N. 12th Street
Philadelphia, PA 19141

RE: Al'Askari v. Hawkes, et al.
    M.D. Pa. Civil No. 1:CV-00-1449; USDC

Dear Mr. Al'Askari:

Enclosed for your consideration is a Consent to Proceed Before a United States Magistrate Judge form. Should you desire to proceed before a United States Magistrate Judge, kindly execute the form and return it to our Office for filing. A file-stamped copy will be returned to you for your file. As you may recall, we must inform the Court by August 25, 2003, whether we consent to having a Magistrate Judge preside as judge over this matter.

Sincerely,

THOMAS A. MARINO
United States Attorney

D. BRIAN SIMPSON
Assistant U.S. Attorney

TAM:DBS:mel
Enclosure
cc: Joseph McCluskey, Attorney-Advisor, FCI Allenwood
    Henry J. Sadowski, Regional Counsel, NERO, FBOP

AO 85 (Rev. 8/97) Notice, Consent, and Order of Reference – Exercise of Jurisdiction by a United States Magistrate Judge

Case 1:00-cv-01449-WWC    Document 71-2    Filed 08/25/2003    Page 2 of 2

# UNITED STATES DISTRICT COURT

MIDDLE  District of  PENNSYLVANIA

| | |
|---|---|
| M. ASH-SHARIEF AL'ASKARI,<br><br>Plaintiff<br><br>v.<br><br>KEAHTLEEN HAWKES, et al.,<br>Defendant | NOTICE, CONSENT, AND ORDER OF REFERENCE –<br>EXERCISE OF JURISDICTION BY A UNITED STATES<br>MAGISTRATE JUDGE<br><br>Case Number:   1:CV-00-1449<br>(Caldwell, J.)<br>(Smyser, M.J.) |

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. 636(c), and Fed.R.Civ.P. 73, you are hereby notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. 636(c) and Fed.R.Civ.P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Signatures | Party Represented | Date |
|---|---|---|
| [signature] | Defendant | 8/6/03 |
| | | |
| | | |

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to _____
United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c), Fed.R.Civ.P. 73 and the foregoing consent of the parties.

| Date | United States District Judge |
|---|---|

NOTE:  RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.