IN THE UNITED STATES COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

M. ASH-SHARIEF AL'ASKARI'
PLAINTIFF,

V.

CIVIL NO.1:CV-00-1449

(CALDWELL, J.)(SYMSER, M.J.)

KATHLEEN HAWKES, ET AL.,

DEFENDANTS

Date:17 August 2003

To: CLERK OF COURT
MIDDLE DISTRICT OF PA
U.S.COURTHOUSE 228 WALNUT ST
POBOX 983
HARRISBURG, PA 17109

FILED
HARRISBURG, PA
AUG 2 2 2003
MARY E. D'ANDREA, CLERK
Per ___

REQUEST FOR SUBPEONAS PURSUANT TO FEDERAL RULE 45

Re: Al'Askari v. Hawkes et al, no.1449

Dear Clerk:

Please send me three witness subpoenas so that the plaintiff obtain the attendance of non-parties for depositions.

Sincerely
M. Ash-Sharief Al'Askari
pro se
5737 N.12th St
Phila., PA 19141