**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
P.O. BOX 827
FEDERAL BUILDING
HARRISBURG, PA 17108-0827

J. ANDREW SMYSER
MAGISTRATE JUDGE

(717) 221-3980
FAX 221-3979

August 21, 2003

M. Ash-Sharief Al'Askari
5737 North 12th Street
Philadelphia, PA 19141

FILED
HARRISBURG PA
AUG 22 2003
MARY E. D'ANDREA, CLERK
Per _____

Re: <u>Al'Askari v. Hawkes</u>; 1:CV-00-1449

Dear Mr. Al'Askari:

    I am in receipt of your letter to the Clerk of Court requesting subpoenas. Enclosed are three subpoenas signed by the Clerk of Court. You are reminded that when using a subpoena you must comply with the requirements of Federal Rule of Civil Procedure 45 concerning the tender of witness and mileage fees. 28 U.S.C. §1821 deals with witness and mileage fees. Although you are proceeding *in forma pauperis*, you are responsible for any costs associated with the subpoenas.

Very truly yours,

Melissa E. Sayres
Law Clerk to Magistrate
Judge Smyser

cc.   D. Brian Simpson, Esquire