```
                UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


M. ASH-SHARIEF AL'ASKARI,       :   CIVIL NO. 1:00-CV-1449
                                :
        Plaintiff               :   (Judge Caldwell)
                                :
    v.                          :   (Magistrate Judge Smyser)
                                :
KATHLEEN HAWKES, DIRECTOR;      :
BUREAU OF PRISONS;              :
ROBERT ZIMANY;                  :
ROBERT S. GOLDRING; and         :
VIVIAN HURSH,                   :
                                :
        Defendants              :
```

## ORDER

**IT IS ORDERED** that the plaintiff's motion for an extension of the discovery deadline is **GRANTED**. The discovery deadline shall be October 15, 2003.

                                    */s/ J. Andrew Smyser*
                                    J. Andrew Smyser
                                    Magistrate Judge

Dated:  August 27, 2003.