**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
P.O. BOX 827
FEDERAL BUILDING
HARRISBURG, PA 17108-0827

J. ANDREW SMYSER
MAGISTRATE JUDGE

(717) 221-3980
FAX 221-3979

FILED
HARRISBURG, PA
SEP 19 2003
MARY E. D'ANDREA, CLERK
Per _____

September 18, 2003

M. Ash-Sharief Al'Askari
5737 North 12th Street
Philadelphia, PA 19141

Re: *Al'Askari v. Goldring*; 1:CV-00-1449

Mr. Al'Askari:

    I am in receipt of your letter to Magistrate Judge Smyser dated September 12, 2003 and received on September 16, 2003. In your letter you complain about purported unethical conduct by the defendant's attorney and a U.S. Probation officer. Pursuant to Rule 7(b) of the Federal Rules of Civil Procedure an application to the court for an order must be made by a written motion. Your letter does not comply with the Federal Rules, and no action will be taken on your letter.

Sincerely,

Melissa Sayres
Law Clerk to Magistrate
Judge Smyser

cc: D. Brian Simpson, Esquire