IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

From:   M. ASH'SHARIEF AL'ASKARI
        5737 n.12TH STREET
        PHILADELPHIA, PA 19141
        PH:215 224 5923

Date: 12 September 2003

**Re:   AL'ASKARI V. KATHLEEN HAWKS, CIVIL ACTION NO 1:CV-00-1449(MDPA 1999)**

To:   Honorable J. Andrew Symser
      United States District Court
      Middle District of Pennsylvania
      U.S. Courthouse 228 Walnut St
      Harrisburg, PA 17108

Dear Your Honor,

   I am forwarding this personal communique to you to request that you remove counsel D.Brian Simpson from making any further appearance in the case. In a recent Reply to the Defendants' Motion In Opposition I set forth in Brief And Argument the unethical conduct By Mr.Simpson and a Mr. Stephen Carmicheal, U.S. probation officer as a factor that has, and may continue have, prejudicial impact on me as a pro se plaintiff and a unskilled layman. Not only in the terms mentioned in said Reply but also in terms of the potential to impact on the final judgment of this court unwittingly in this matter sub judicial. For example, Mr.Carmicheal is either *pretending* to not to understand that he does not have any standing in this case or his misunderstanding of every American citizen's constitutional right to access the court without interference or is not a *pretense* (There can be no excuse, however, for Simpson himself). Either way, the court should not permit Mr. Simpson to not only to encourage but also connive with interlopers soley to manipulate me indirectly. If that may be his intent.

   Notwithstanding your Honor, I have consulted with the U.S.Attorney's office of the EDPA, Ms. Sullivan, the U.S.Federal Defenders Association of Phila, Ms Rowley and Mr. David McColgin as well as the Chief PO of the EDPA. They all concur *preliminarily* that it is at least in proper what Simpson and Carmicheal are doing if not unethical and that they all inform that they would look at the precise law on this issue.

   Your Honor, this guy Carlmicheal demands to read and copy all of my legal material in this

matter sub judice, engages me in discussion about my claim, intention and litigation and then contacts Simpson to discuss what I am saying and doing in the case past, present and furture and then Simpson sends him instruction how to explain matters in this case to me!

   Your Honor, my P.O. has a jr. high school reading *comprehension level!*
He maintains that I cannot make any contacts with the counsels less through him
And Simpson has exploited this ignorance to his advantage and my detriment,   as what they engaging in is interfering with my access to court, the very claim in this matter. Dejavu.!.

   In all do respect your Honor, I am working on having Carmicheal removed on this end *please* remove Simpson on your end. Thank you your Honor for your attention in this matter Any  appropriate solution. Thank you.


(I am willing to take a lie detector
 Test corroborate each and every
 Allegation made against them with
Independent documents and tapes)

Sincerely,

M.ASH'SHARIEF AL'ASKARI


Cc:D.Brian Simpson