# U.S. Department of Justice

**Thomas A. Marino**
United States Attorney
Middle District of Pennsylvania

---

| | | |
|---|---|---|
| *William J. Nealon Federal Building* <br> *Suite 311* <br> *235 N. Washington Avenue* <br> *P.O. Box 309* <br> *Scranton, PA  18501-0309* <br> *(570) 348-2800* <br> *FAX (570) 348-2816/348-2830* | *Harrisburg Federal Building and* <br> *Courthouse, Suite 220* <br> *228 Walnut Street* <br> *P.O. Box 11754* <br> *Harrisburg, PA  17108-1754* <br> *(717) 221-4482* <br> *FAX (717) 221-4582/221-2246* | *Herman T. Schneebeli Federal Building* <br> *Suite 316* <br> *240 West Third Street* <br> *Williamsport, PA  17701-6465* <br> *(570) 326-1935* <br> *FAX (570) 326-7916* |

*Please respond to:*  **Williamsport**

September 25, 2003

**First Class Mail & Fax 215 878-6939**

M. Ash-Sharief Al'Askari
5737 N. 12th Street
Philadelphia, PA 19141

RE: Al'Askari v. Hawkes, et al.
    M.D. Pa. Civil No. 1:CV-00-1449; USDC

Dear Mr. Al'Askari:

Please be advised that I have requested a thirty-day enlargement of the filing deadline for dispositive motions and briefs. Enclosed is a copy of the motion filed today. Under the Local Rules of the District Court, I am required to seek your concurrence in the filing of the motion. In light of your apparent objections to receiving phone calls from this Office, I have elected to do so in writing, thus, the purpose of my letter to you. It would be appreciated if, at your earliest convenience, you could inform me and the Court of your concurrence on nonconcurrence in the filing of our motion.

Sincerely,

THOMAS A. MARINO
United States Attorney

*D. Brian Simpson/mel*
D. BRIAN SIMPSON
Assistant U.S. Attorney

TAM:DBS:mel
Enclosure