```
                    UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF PENNSYLVANIA


M. ASH-SHARIEF AL'ASKARI,        :
          Plaintiff              :   Civil No. 1:CV-00-1449
                                 :   (Caldwell, J.)
          v.                     :   (Smyser, M.J.)
                                 :
KATHLEEN HAWKES, et al., ,       :
          Defendants             :
```

### O R D E R

**NOW,** this _____ day of _____, 2003, upon consideration of defendant Goldring's motion to extend the deadline for filing dispositive motions, **IT IS HEREBY ORDERED THAT** defendant's motion is granted.  Dispositive motions, as well as the supporting briefs, shall be filed on or before November 14, 2003.

```
                                 _____
                                 J. ANDREW SMYSER
                                 United States Magistrate Judge
```