```
                    UNITED STATES DISTRICT COURT
                FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

M. ASH-SHARIEF AL'ASKARI,          :     CIVIL NO. **1:00-CV-1449**
                                   :
          Plaintiff                :     (Judge Caldwell)
                                   :
     v.                            :     (Magistrate Judge Smyser)
                                   :
KATHLEEN HAWKES, DIRECTOR;         :
BUREAU OF PRISONS;                 :
ROBERT ZIMANY;                     :
ROBERT S. GOLDRING; and            :
VIVIAN HURSH,                      :
                                   :
          Defendants               :

## ORDER

Upon consideration of defendant Goldring's motion to extend the deadline for filing dispositive motions [Doc. 81], **IT IS ORDERED** that defendant's motion is **GRANTED**. Dispositive motions, as well as the supporting briefs, shall be filed on or before November 14, 2003.

                                        */s/ J. Andrew Smyser*
                                        J. Andrew Smyser
                                        Magistrate Judge

Dated: October 1, 2003.