TAM:DBS:mel:2000V00753

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| M. ASH-SHARIEF AL'ASKARI, | : | |
| Plaintiff | : | Civil No. 1:CV-00-1449 |
| | : | (Caldwell, J.) |
| v. | : | (Smyser, M.J.) |
| | : | |
| KATHLEEN HAWKES, et al., , | : | Electronically Filed |
| Defendants | : | |

DEFENDANTS' EXHIBITS SUBMITTED IN OPPOSITION TO
PLAINTIFF'S MOTION TO REMOVE DEFENDANTS' COUNSEL
FOR UNETHICAL CONDUCT

THOMAS A. MARINO
United States Attorney

s/ D. Brian Simpson
D. BRIAN SIMPSON
Assistant U.S. Attorney
Atty. I.D. No. OH 71431
316 Federal Building
240 West Third Street
Williamsport, PA 17703
Telephone: 717-221-4482
Facsimile: 717-221-2246

Dated: October 7, 2003

EXHIBIT

1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

M. ASH-SHARIEF AL'ASKARI,

PLAINTIFF,

V.

CIVIL NO.1449(CALDWELL, J.)(SMYSER, M.J.)

KATHLEEN HAWKES ET AL.,

DEFENDENTS

### NOTICE OF DEPOSTION

To: Robin Greggs
    Administrative Remedy Coordinator,
    U.S.Bureau of Prisons,
    Allenwood Complex
    POBox 2500
    White Deer, PA 17887

To: Viola Hursh,
    Inmate Counselor,
    U.S.Bureau of Prisons
    Allenwood Complex
    POBox 2500
    White Deer, PA 17887

**NOTICE** is hereby given to Robin Greggs and Viola Hursh pursuant to Federal Rules of Civil Procedure, your oral depositions will be taken before a officer of the court as authorized by law to administer oaths, on Thursday, August 14, 2003 at 11:00 a.m. at the office of the attorney for the above named party(s), at 7 Federal Bldg., 228 Walnut Street, Harrisburg, PA (Ph:717 221 4482).

Further, pursuant to Federal R. Civ. P.30(b) (5),(6) you both are requested to produce for inspection and copying at your deposition the documents set forth in the ancillary Rule 34 Request for Production of Documents RELEVANT to the PLAINTIFF's record of administrative remedy activities while at FCI ALLENWOOD.

**Certificate of Service**

   I do hereby certify that I have submitted a copy of the foregoing Notice of Deposition upon the named deponents by mailing it the attorney of record for the defendant(s) at his/her place of business: Office of the Asst U.S.Attorney, 316 Federal Building,240 W. 3rd St, Williamsport, PA 17703. <u>Date:Saturday, August 09, 2003</u>

M. Ash-Sharief Al'Askari

5737 N.12 St

Phila., PA 19141

E-m.: <u>muhammadaskari@comcast.net</u>

Fax: 215 878 6939

Telephone: 215 224 5923

**U.S. Department of Justice**

**EXHIBIT**
_____ 2 _____

**Thomas A. Marino**
*United States Attorney*
*Middle District of Pennsylvania*

---

*William J. Nealon Federal Building*
*Suite 311*
*235 N. Washington Avenue*
*P.O. Box 309*
*Scranton, PA 18501-0309*
*(570) 348-2800*
*FAX (570) 348-2816/348-2830*

*Harrisburg Federal Building and*
*Courthouse, Suite 220*
*228 Walnut Street*
*P.O. Box 11754*
*Harrisburg, PA 17108-1754*
*(717) 221-4482*
*FAX (717) 221-4582/221-2246*

*Herman T. Schneebell Federal*
*Building*
*Suite 316*
*240 West Third Street*
*Williamsport, PA 17701-6465*
*(570) 326-1935*
*FAX (570) 326-7916*

*Please respond to: Harrisburg Office*

August 13, 2003

**First Class Mail & Fax (215)878-6939**

M. Ash-Sharief Al'Askari
5737 N. 12 Street
Philadelphia, PA 19141

    RE:    *Al'Askari v. Hawkes, et al.*
           No. 1:CV-00-1449 (USDC MDPA)

Dear Mr. Al'Askari:

    I am writing concerning the Notice of Deposition that you sent to our office in the above-captioned case. The notice indicates that you intend to take the depositions of Robin Greggs and Viola Hursh tomorrow, August 14, 2003, at our office. **Please be advised that neither Greggs nor Hursh will appear for depositions tomorrow.**

    Fed. R. Civ. P. 30(b)(1) requires that you give reasonable notice of your intent to depose a witness. The envelope that the notice of deposition arrived in is post-marked August 11, 2003—two days ago. Moreover, this notice was not received until this morning, August 13th—one day before the deposition date set forth on the notice. This is clearly not reasonable notice.

    Moreover, in this case neither Greggs nor Hursh are parties to this action. The only remaining parties to this action are you and Mr. Goldring. Because neither Greggs nor Hursh are parties to this action, you must serve a deposition subpoena on them in accordance with Fed. R. Civ. P. 45.[1] Furthermore, Fed. R. Civ. P. 45(b)(1) requires you to tender to the named deponents "the fees for one day's attendance and the mileage allowed by law." A witness has no duty to appear at a deposition unless a subpoena has been properly served upon her and said subpoena is accompanied by a tender of a

---

    [1]Likewise, because neither Greggs nor Hursh are parties to this action, they have no duty to respond to a request for production of documents under Fed. R. Civ. P. 34.

witness fee and mileage.[2]  Please note that even though you are proceeding *in forma pauperis*, you are still required to pay your own litigation (discovery) expenses.[3]  Thus, you if you want to depose any non-party witness, you must tender a witness fee, mileage and pay the stenographer.

As you know, discovery closes in this case on August 25, 2003.  In the event that you would still like to depose Greggs and/or Hursh, and are willing to comply with the Federal Rules of Civil Procedure, our office would agree to accept service of the deposition subpoenas on their behalf.  Though I have not yet had an opportunity to speak with Greggs or Hursh about their availability, I am available on August 19th, 20th and 25th.

As a party, your deposition was properly noticed as required by the Federal Rules of Civil Procedure.  Our records indicate that you received notice of your deposition on August 2, 2003, via certified mail.  Accordingly, you have a duty to appear for your deposition at our office tomorrow, August 14, 2003, at 10 a.m.

Thank you for your attention to this matter.

Sincerely,

THOMAS A. MARINO
United States Attorney

D. BRIAN SIMPSON
Assistant United States Attorney

cc:    Joseph McCluskey, Attorney-Advisor, FCI Allenwood
       FAX (570)547-7751

       Michele Lincalis, Paralegal, Williamsport
       FAX (570)326-7916

---

[2]*Alexander v. Jesuits of Missouri Province*, 175 F.R.D. 556 (D. Kan. 1997).

[3]*Tabron v. Grace*, 6 F.3d 147 (3d Cir. 1993), *cert. denied*, 510 U.S. 1196 (1994); *Canady v. Kreider*, 892 F. Supp. 668 (M.D. Pa.), *aff'd per curiam*, 74 F.3d 1225 (3d Cir. 1995); *Boring v. Kokakiewicz*, 883 F.2d 468 (3d Cir. 1987); *Johnson v. Hubbard*, 698 F.2d 286 (6th Cir. 1983); *Rivera v . DisAbato*, 962 F. Supp. 38 (D. N.J. 1997).

EXHIBIT

3

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

M. ASH-SHARIEF AL'ASKARI,

PLAINTIFF,

V.

KATHLEEN HAWKES ET AL.,                    CIVIL NO.1449(CALDWELL, J.)(SMYSER, M.J.)

DEFENDENTS

### NOTICE OF DEPOSTION

To: Robin Greggs
   Administrative Remedy Coordinator,
   U.S.Bureau of Prisons,
   Allenwood Complex
   POBox 2500
   White Deer, PA 17887

To: Viola Hursh,
   Inmate Counselor,
   U.S.Bureau of Prisons
   Allenwood Complex
   POBox 2500
   White Deer, PA 17887

To: Irving Alvin
Reg. No. 47890066
P.O.Box 2003
FCI Allenwood
White Deer, PA
17887

**NOTICE** is hereby given to Robin Greggs and Viola Hursh pursuant to Federal Rules of Civil Procedure, your oral depositions will be taken before a officer of the court as authorized by law to administer oaths, on September 9, 2003 at 11:30 a.m. at the office of Joseph McClusky, Attorney; FCI Allenwood Complex, White Deer, PA 17887

Further, pursuant to Federal R. Civ. P.30(b) (5),(6) you both are requested to produce for inspection and copying at your deposition the documents set forth in the ancilllary Rule 34 Request for Production of Documents

1. Notice is hereby Amended with inmate Alvin And Time & venue of depositions

M.Ash. Al'Askari

### Certificate of Service

I do hereby certify that I have submitted a copy of the foregoing Notice of Deposition upon the named deponents by mailing it the attorney of record for the defendant(s) at his/her place of business: Office of the Asst U.S.Attorney, 316 Federal Building,240 W. 3rd St, Williamsport, PA 17703.    Date: Tuesday August 27, 2003

M. Ash-Sharief Al'Askari
5737 N.12 St
Phila., PA 19141
E-m.: muhammadaskari@comcast.net
Fax: 215 878 6939
Telephone: 215 224 5923

AO88 (Rev. 1/94) Subpoena in a Civil Case

**EXHIBIT**
4

**Issued by the**

# UNITED STATES DISTRICT COURT

Middle    DISTRICT OF    PA

M. Ash'sharief AL'Askari,

v.

Kathleen Hawkes et. AL;

**SUBPOENA IN A CIVIL CASE**

Case Number:¹ 1: cv-00-1449
Caldwell, J.
Smyser, M.J.

TO: Irving Alvin
Reg. No. 47890-066
FCI Allenwood, White Deer, PA 17887

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | 9 Sept 03 11:30 |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION FCI Allenwood, P.O.Box 2500 White Deer PA 17887 | DATE AND TIME 9 Sept. 03 11:30 AM |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): Any Briefs, Legal Papers, petitions you have previously filed in any court between 1998-1999.

| PLACE FCI Allenwood P.O.Box 2500 White Deer, PA 17887 | DATE AND TIME 9 Sept. 03 |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) MARI E. D'ANDREA Clerk ... Deputy Clerk | DATE 27 Aug, 2003 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

¹ If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 27/8/03 | P.O. Box 2000 FCI Allenwood, PA 17887 |

SERVED ON (PRINT NAME)

| | MANNER OF SERVICE |
|---|---|
| Irving Alvin | Via Office of U.S. Attorney |

SERVED BY (PRINT NAME)                    TITLE

X                                          X

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  27 Sept. 03
DATE

M. Ash Shariyf Al Baka
SIGNATURE OF SERVER

5737 N. 12 St
ADDRESS OF SERVER

Phila, PA 19141

AO88 (Rev. 1/94) Subpoena in a Civil Case

### Issued by the

# UNITED STATES DISTRICT COURT

**Middle** DISTRICT OF **Pennsylvania**

M. Ash-Sharief AL'Askari,

v.

Kathleen Hawkes et. al.,

TO: Robin Greggs

[see attached Notice]

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 1:CV-00-1449
Caldwell, J.,
Smyser, M.J.

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION (office) Joseph McCluskey, Esq. FCI Allenwood Complex, White Deer, PA | DATE AND TIME 9 Sept 03, 11:30 AM |
|---|---|

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): All copies of records maintained by your office of submitted by the plaintiff to the B.O.P. at any time, pursuant to 28 C.F.R. §542, et. seq. Bureau wide.

| PLACE office of Joseph McCluskey, Esq. FCI Allenwood Complex, White Deer, PA | DATE AND TIME 9 Sept 03, 11:30 AM |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) MARY E. D'ANDREA Clerk  J. Guyer, Deputy Clerk | DATE August 27, 2003 |
|---|---|
| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER | |

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

---

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 27/8/03 | FCI Allenwood PA 17887 |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Robin Greggs | Via Office of U.S. Attorneys |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| X | X |

---

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on    27/8/03
_____
DATE

_____
SIGNATURE OF SERVER

5737 N. 12 St
_____
ADDRESS OF SERVER

Phila, PA 19141

AO88 (Rev. 1/94) Subpoena in a Civil Case

### Issued by the
# UNITED STATES DISTRICT COURT

**Middle** DISTRICT OF **Pennsylvania**

M. Ash-Sharief ALI Askari;

v.

Kathleen Hawkes et. AL.;

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 1-CV-00 1449
Caldwell, J.
Smyser, M.J.;

TO: Viola Hursh
[see attached [NOTICE]

☐ **YOU ARE COMMANDED** to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☒ **YOU ARE COMMANDED** to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION Office of Joseph McClusky Esq. FCI Allenwood Complex, White Deer, PA | DATE AND TIME 9 Sept. 03, 11:30 Am |
|---|---|

☒ **YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): Counselor's Administrative Remedy Log Book for the period of March - September, 1999, for Unit 3A, FCI Allenwood

| PLACE Office of Joseph McClusky Esq. FCI Allenwood, White Deer, PA | DATE AND TIME 9 Sept. 03, 11:30 Am |
|---|---|

☐ **YOU ARE COMMANDED** to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) MARY E. D'ANDREA Clerk + [signature] Deputy Clerk | DATE 27 August 03 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED | 27/8/03 | FCI Allenwood, PA |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| V. Hursh | Via office of U.S. Attorneys, MDPA |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
|  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  27/8/03
DATE

SIGNATURE OF SERVER
M. Abdi'Sharif Alikri

ADDRESS OF SERVER
5737 N. 12 St
Phila. Pa 1914

### Certificate of Service

I do hereby certify that I have submitted a copy of the foregoing Notice of Deposition upon the named deponents by mailing it the attorney of record for the defendant(s) at his/her place of business: Office of the Asst U.S.Attorney, 316 Federal Building,240 W. 3ʳᵈ St, Williamsport, PA 17703.    Date Tuesday August 27, 2003

M. Ash-Sharief Al'Askari

---

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

M. ASH-SHARIEF AL'ASKARI,

PLAINTIFF,

V.                                                      CIVIL NO.1449(CALDWELL, J.)(SMYSER, M.J.)

KATHLEEN HAWKES ET AL.,

DEFENDENTS

### NOTICE OF DEPOSTION

To: Robin Greggs                    To: Viola Hursh,                  To: Irving Alvin
    Administrative Remedy Coordinator,    Inmate Counselor,                Reg.No.47890006
    U.S.Bureau of Prisons,               U.S.Bureau of Prisons            P.O.BOX 2000
    Allenwood Complex                    Allenwood Complex               FCI Allenwood
    POBox 2500                           POBox 2500                      white Deer,PA
    White Deer, PA 17887                 White Deer, PA 17887            17887

NOTICE is hereby given to Robin Greggs and Viola Hursh pursuant to Federal Rules of Civil Procedure, your oral depositions will be taken before a officer of the court as authorized by law to administer oaths, on September 9, 2003 at 11:30 a.m. at the office of Joseph McClusky, Attorney; FCI Allenwood Complex, White Deer, PA 17887

Further, pursuant to Federal R. Civ. P.30(b) (5),(6) you both are requested to produce for inspection and copying at your deposition the documents set forth in the ancillary Rule 34 Request for Production of Documents

1. Notice is hereby Amended with inmate ALVIN AND Time & Venue of depositions

M.Ash. Al'Askari

EXHIBIT

5

From: M. Ash-Sharif Al 'Askari

To: Robin Gregg

Date: 27 August, 03

Re: Witness & Mileage Fee

You are entitled to witness fee and mileage fee to attend your deposition at FCI Allenwood Complex at the office of Joseph McCluskey, Attorney/Advisor and Officer of the Court from M. Ash-Sharif Al 'Askari as provided by law. You may, however, waived this tender of fee.

M. Ash'Sharif Al 'Askari
5737 N. 12 St.
Phila., PA. 19141
(Ph: 215-224-5923)
E-mail: muhammadaskari
@comcast.net

From: M. Ash'Shariyf Al'Askari
To: Viola Hurst
Date: 27 August, 03

Re: TENDER OF FEE

You are entitled to witness & mileage fee to attend your deposition at FCI Allenwood Complex, at the office of Joseph McClusky, attorney, and officer of the court, from M. Ash'Shariyf Al'Askari. You may however waive such as a government employee pursuant to law.

M. Ash'Shariyf Al'Askari
5733 N. 12 St.
Phila., PA 19141
Ph: 215-224-5923
E-mail: muhammadaskari@comcast.net.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA



M. ASH-SHARIEF AL'ASKARI,

PLAINTIFF,

V.                                            CIVIL NO.1449(CALDWELL)
                                              (SMYSER, M.J.)
KATHLEEN HAWKES ET AL.,

DEFENDANTS

### NOTICE OF DEPOSTION

To: Robert Goldring
    C/o Joseph McClusky, Attorney/Advisor,
    Allenwood Complex
    POB2500
    White Deer, PA 17887

**NOTICE** is hereby given to Robert Goldring pursuant to Federal Rules of Civil

Procedure, your oral depositions will be taken before a officer of the court as authorized

by law to administer oaths, on Tuesday, 9 September, at 11:30 at the office of Joseph

McClusky, Esq., attorney advisor to the U.S.Attorneys for the Middle District of Pa, who

are representing the above named party(s), at Allenwood Federal Complex, White Deer,

PA 17887.

Further, pursuant to Federal R. Civ. P. 30(b) (5),(6) you are requested to produce

for inspection and copying at your deposition the documents set forth  in the ancilllary

Rule 34 Request for Production of Documents. Particularly, documents created, signed or

authorized by you wholly related to this action involving the plaintiff and you the

plaintiff at Allenwood during the period of 1999.

### Certificate of Service

     I do hereby certify that I have submitted  a copy of the foregoing Notice of
Deposition upon the named deponents by mailing it to the attorney of record for the
defendant(s) at his/her place of business: Office of the  U.S.Attorneys, 316 Federal
Building, 240 W. 3rd St, Williamsport, PA 17703

Date:27 August 2003

               M. Ash-Sharief Al'Askari
                   5737 N.12 St
                  Phila., PA 19141
          E-m.: muhammadaskari@comcast.net
            Telephone: 215 224 5923



**U.S. Depa ...ent of Justi**

**Thomas A. Marino**
United States Attorney
Middle District of Pennsylvania

**EXHIBIT**

**7**

---

| | | |
|---|---|---|
| *William J. Nealon Federal Building* | *Harrisburg Federal Building and* | *Herman T. Schneebeli Federal* |
| *Suite 311* | *Courthouse, Suite 220* | *Building* |
| *235 N. Washington Avenue* | *228 Walnut Street* | *Suite 316* |
| *P.O. Box 309* | *P.O. Box 11754* | *240 West Third Street* |
| *Scranton, PA  18501-0309* | *Harrisburg, PA  17108-1754* | *Williamsport, PA  17701-6465* |
| *(570) 348-2800* | *(717) 221-4482* | *(570) 326-1935* |
| *FAX (570) 348-2816/348-2830* | *FAX (717) 221-4582/221-2246* | *FAX (570) 326-7916* |

Please respond to: <u>Harrisburg Office</u>

September 3, 2003

*Federal Express & Fax (215)878-6939*

M. Ash-Sharief Al'Askari
5737 N. 12 Street
Philadelphia, PA 19141

RE:   *Al'Askari v. Hawkes, et al.*
      No. 1:CV-00-1449 (USDC MDPA)

Dear Mr. Al'Askari:

I am writing concerning the Notices of Deposition that you sent to our office in the above-captioned case. The notice indicates that you intend to take the depositions of Robert Goldring, Robin Greggs, Viola Hursh and Irving Alvin on September 9, 2003, at FCI Allenwood. **PLEASE BE ADVISED THAT THE DEPOSITIONS CANNOT TAKE PLACE ON SEPTEMBER 9, 2003, at FCI ALLENWOOD.**

First, **the warden of FCI Allenwood will not agree to have the depositions conducted at the prison.** Moreover, you have no right to conduct depositions at Allenwood. Therefore, I suggest that the depositions take place at our office in Harrisburg.

Second, **Douglas Goldring is not available on September 9th**. Mr. Goldring is no longer at Allenwood. Nonetheless, I have contacted Goldring, Greggs and Hursh to ascertain their availability to be deposed . As early as tomorrow, I hope to provide you with a list of dates that each witness and I are available. Hopefully, we can select a date that is convenient for all parties.

Third, you have indicated that you wish to depose Irving Alvin. It is my understanding that Alvin is an inmate at Allenwood. Accordingly, Fed. R. Civ. P. 30(a)(2) requires you to obtain leave of court before deposing an inmate.

Thank you for your attention to this matter.

Sincerely,

THOMAS A. MARINO
United States Attorney


D. BRIAN SIMPSON
Assistant United States Attorney

cc:   Joseph McCluskey, Attorney-Advisor, FCI Allenwood
     FAX (570)547-7751

     Michele Lincalis, Paralegal, Williamsport
     FAX (570)326-7916



**U.S. Department of Justice**

### Thomas A. Marino
*United States Attorney*
*Middle District of Pennsylvania*



EXHIBIT

8

---

*William J. Nealon Federal Building*
*Suite 311*
*235 N. Washington Avenue*
*P.O. Box 309*
*Scranton, PA 18501-0309*
*(570) 348-2800*
*FAX (570) 348-2816/348-2830*

*Harrisburg Federal Building and*
*Courthouse, Suite 220*
*228 Walnut Street*
*P.O. Box 11754*
*Harrisburg, PA 17108-1754*
*(717) 221-4482*
*FAX (717) 221-4582/221-2246*

*Herman T. Schneebeli Federal*
*Building*
*Suite 316*
*240 West Third Street*
*Williamsport, PA 17701-6465*
*(570) 326-1935*
*FAX (570) 326-7916*

*Please respond to: Harrisburg Office*

September 5, 2003

**FEDERAL EXPRESS**

M. Ash-Sharief Al'Askari
5737 N. 12 Street
Philadelphia, PA 19141

RE:   *Al'Askari v. Hawkes, et al.*
      No. 1:CV-00-1449 (USDC MDPA)

Dear Mr. Al'Askari:

I am writing concerning the Notices of Deposition that you sent to our office in the above-captioned case. The notice indicates that you intend to take the depositions of Robert Goldring, Robin Greggs, Viola Hursh and Irving Alvin on September 9, 2003, at FCI Allenwood. **The depositions cannot take place on September 9th at Allenwood for a number of reasons: (1) the warden will not agree to have the depositions conducted at Allenwood; (2) Goldring is not available on September 9th; (3) you have failed to tender milage and witness fees to Hursh and Greggs; and (4) you must obtain leave of court to depose Alvin, an inmate at Allenwood.**

Because the warden will not permit the depositions to be taken at FCI Allenwood. I suggest that the depositions be taken at our Harrisburg office. Furthermore, **I have been informed that Goldring, Hursh and Greggs are all available the week of September 29th through October 2nd.** Therefore, I suggest that we reschedule the depositions for a date certain that week. I would prefer that we proceed on Monday, September 29th, depending on your availability. Once we agree on a mutually convenient date, I will make arrangements to reserve a conference room.

Please be advised that you are responsible for making arrangements for a stenographer to attend any depositions that you wish to take.[1] Likewise, you are responsible for all costs incurred in any such depositions.[2]  The Government **will not** make the arrangements for you.  Please be aware that if the depositions cannot go forward because you have failed to make the proper arrangements, the Government will seek to recover its costs from you.

Turning to the witnesses you intend to depose:

*Douglas Goldring*

Mr. Goldring is no longer at Allenwood.  In fact, he is no longer in the Commonwealth of Pennsylvania.  Nonetheless, the Government does not oppose your efforts to depose him.  Goldring is available during the week of September 29, 2003, and will appear at our Harrisburg office.

*Robin Greggs & Violet Hursh*

Likewise, the Government does not oppose your efforts to depose Greggs and Hursh, provided you comply with the Federal Rules of Civil Procedure.  In my letter of August 13, 2003, I stated that our office would agree to accept service of the deposition subpoenas on the behalf of Greggs and Hursh.  Nonetheless, Fed. R. Civ. P. 45(b)(1) requires you to tender to the named deponents "the fees for one day's attendance and the mileage allowed by law."  A witness has no duty to appear at a deposition unless a subpoena has been properly served upon her and said subpoena is accompanied by a tender of a witness fee and mileage.[3]  Neither Greggs nor Hursh are willing to waive their witness fee and milage.  Please note that even though you are proceeding *in forma pauperis*, you are still required to pay your own litigation (discovery) expenses.[4]  Thus, if you want to depose any non-party witness, you must tender a witness fee, mileage and pay the stenographer.

---

[1]Fed. R. Civ. P. 30(b).

[2]*Id.*

[3]*Alexander v. Jesuits of Missouri Province*, 175 F.R.D. 556 (D. Kan. 1997).

[4]*Tabron v. Grace*, 6 F.3d 147 (3d Cir. 1993), *cert. denied*, 510 U.S. 1196 (1994); *Canady v. Kreider*, 892 F. Supp. 668 (M.D. Pa.), *aff'd per curiam*, 74 F.3d 1225 (3d Cir. 1995); *Boring v. Kokakiewicz*, 883 F.2d 468 (3d Cir. 1987); *Johnson v. Hubbard*, 698 F.2d 286 (6th Cir. 1983); *Rivera v . DisAbato*, 962 F. Supp. 38 (D. N.J. 1997).

*Irving Alvin*

As I advised you in my September 3rd letter, Alvin is currently an inmate at Allenwood. Accordingly, Fed. R. Civ. P. 30(a)(2) requires you to obtain leave of court before deposing an inmate. The Government will oppose your efforts to depose Alvin.

Thank you for your attention to this matter.

Sincerely,

THOMAS A. MARINO
United States Attorney

D. BRIAN SIMPSON
Assistant United States Attorney

cc:   Joseph McCluskey, Attorney-Advisor, FCI Allenwood
      FAX (570)547-7751

      Michele Lincalis, Paralegal, Williamsport
      FAX (570)326-7916



**U.S. Dep~ .ment of Justice**

*Thomas A. Marino*
United States Attorney
Middle District of Pennsylvania


**EXHIBIT**
9

---

| | | |
|---|---|---|
| *William J. Nealon Federal Building*<br>*Suite 311*<br>*235 N. Washington Avenue*<br>*P.O. Box 309*<br>*Scranton, PA  18501-0309*<br>*(570) 348-2800*<br>*FAX (570) 348-2816/348-2830* | *Harrisburg Federal Building and*<br>*Courthouse, Suite 220*<br>*228 Walnut Street*<br>*P.O. Box 11754*<br>*Harrisburg, PA  17108-1754*<br>*(717) 221-4482*<br>*FAX (717) 221-4582/221-2246* | *Herman T. Schneebeli Federal*<br>*Building*<br>*Suite 316*<br>*240 West Third Street*<br>*Williamsport, PA  17701-6465*<br>*(570) 326-1935*<br>*FAX (570) 326-7916* |

*Please respond to: Harrisburg Office*

September 8, 2003

**FIRST CLASS MAIL**

M. Ash-Sharief Al'Askari
5737 N. 12 Street
Philadelphia, PA 19141

      RE:   *Al'Askari v. Hawkes, et al.*
              No. 1:CV-00-1449 (USDC MDPA)

Dear Mr. Al'Askari:

      Thank you for agreeing to reschedule the depositions in this case. As I mentioned in my previous letter, Douglas Goldring, Viola Hursh and Robin Greggs are available to be deposed the week of September 29th through October 2nd. I understand that you would prefer to depose the witnesses on October 9th or 10th. Unfortunately, not everyone is available on either of those October dates. I would ask you to review your schedule and see if it is possible that you could depose the witnesses on any day during the week of September 29th through October 2nd. If not, please provide me with a list of alternative dates and I will determine the witnesses' availability. For the sake of everyone, I would like to conduct all of the depositions on one day.

      Because our Williamsport office is in effect a satellite office, it would be extremely difficult to make the arrangements necessary to conduct the depositions there. The Williamsport office has only one conference room and it is smaller than the conference rooms in Harrisburg. Simply put, it will be easier to make the necessary arrangements and hold the depositions in Harrisburg. If you would agree to conduct the depositions in Harrisburg, Hursh and Greggs will waive the witness and mileage fees that they would otherwise be entitled to under Fed. R. Civ. P. 45. That is to say, that Hursh and Greggs will appear in Harrisburg at no cost to you. Moreover, I believe that holding the depositions in Harrisburg would require you to travel a shorter distance.

Please be advised that you are responsible for making arrangements for a stenographer to attend any depositions that you wish to take.[1]  Likewise, you are responsible for all costs incurred in any such depositions.[2]   The Government **will not** make the arrangements for you.  Nonetheless, as a courtesy I am providing you with a listing of agencies that offer stenographic services.  Please be aware that if the depositions cannot go forward because you have failed to make the proper arrangements, the Government will seek to recover its costs from you.

Thank you for your attention to this matter.

Sincerely,

THOMAS A. MARINO
United States Attorney

D. BRIAN SIMPSON
Assistant United States Attorney

enclosure

cc:    Joseph McCluskey, Attorney-Advisor, FCI Allenwood
FAX (570)547-7751

Michele Lincalis, Paralegal, Williamsport
FAX (570)326-7916

Steve Carmichael, U.S. Parole & Probation
FAX (215)597-8856

---

[1]Fed. R. Civ. P. 30(b).

[2]*Id.*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

M. ASH-SHARIEF AL'ASKARI,           :
               Plaintiff            :      Civil No. 1:CV-00-1449
                                    :      (Caldwell, J.)
               v.                   :      (Smyser, M.J.)
                                    :
KATHLEEN HAWKES, et al., ,          :      Electronically Filed
               Defendants           :

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That on October 7, 2003, she served a copy of the attached

## DEFENDANTS' EXHIBITS SUBMITTED IN OPPOSITION TO PLAINTIFF'S MOTION TO REMOVE DEFENDANTS' COUNSEL FOR UNETHICAL CONDUCT

by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Williamsport, Pennsylvania.

Addressee:

M. Ash-Sharief Al'Askari
5737 N. 12th Street
Philadelphia, PA 19141

                              s/ Michele E. Lincalis
                              MICHELE E. LINCALIS
                              Paralegal Specialist