```
                    UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


M. ASH-SHARIEF AL'ASKARI,      :    CIVIL NO. 1:00-CV-1449
                               :
          Plaintiff            :    (Judge Caldwell)
                               :
     v.                        :    (Magistrate Judge Smyser)
                               :
ROBERT S. GOLDRING,            :
                               :
          Defendant            :
```

### ORDER

**AND NOW**, this 14th day of October, 2003, **IT IS HEREBY ORDERED** that the plaintiff's motion (doc. 89) for an enlargement of the discovery deadline is **GRANTED.** All discovery shall be planned and commenced so as to be completed by November 14, 2003.

*/s/ J. Andrew Smyser*
J. Andrew Smyser
Magistrate Judge

Dated: October 14, 2003.