TAM:DBS:mel:2000V00753

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **M. ASH-SHARIEF AL'ASKARI,** | : | |
| Plaintiff | : | Civil No. 1:CV-00-1449 |
| | : | (Caldwell, J.) |
| v. | : | (Smyser, M.J.) |
| | : | |
| **KATHLEEN HAWKES, et al.,** | : | |
| Defendants | : | Electronically Filed |

### DEFENDANT'S MOTION FOR PROTECTIVE ORDER

Defendant Goldring requests the Court to quash or void plaintiff's Notice of Deposition requiring him to appear in Philadelphia, Pennsylvania, on November 10, 2003, and to issue a protective order directing that his deposition occur in Washington, D.C., or alternatively, at the Federal Building in Harrisburg, Pennsylvania. A brief in support of this motion has been filed in accordance with M.D. Pa. Local Rule 7.5.

Counsel certifies that, in an effort to comply with Local Rule 7.1, we have sent plaintiff a letter asking him to inform

the Court whether he concurs in defendant's motion.  A copy of the letter is attached for the Court's convenience.

                                      Respectfully submitted,

                                      THOMAS A. MARINO
                                      United States Attorney

                                      <u>s/ D. Brian Simpson</u>
                                      D. BRIAN SIMPSON
                                      Assistant U.S. Attorney
                                      Atty. I.D. No. OH 71431
                                      316 Federal Building
                                      240 West Third Street
                                      Williamsport, PA 17703
                                      Telephone: 717-221-4482
                                      Facsimile: 717-221-2246

Dated: November 5, 2003

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| M. ASH-SHARIEF AL'ASKARI, | : | |
| Plaintiff | : | Civil No. 1:CV-00-1449 |
| | : | (Caldwell, J.) |
| v. | : | (Smyser, M.J.) |
| | : | |
| KATHLEEN HAWKES, et al., , | : | Electronically Filed |
| Defendants | : | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That on November 5, 2003, she served a copy of the attached

### DEFENDANT'S MOTION FOR PROTECTIVE ORDER

by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Williamsport, Pennsylvania.

Addressee:

M. Ash-Sharief Al'Askari
5737 N. 12th Street
Philadelphia, PA 19141

s/ Michele E. Lincalis
MICHELE E. LINCALIS
Paralegal Specialist