TAM:DBS:mel:2000V00753

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

M. ASH-SHARIEF AL'ASKARI,     :
          Plaintiff     :    Civil No. 1:CV-00-1449
                       :    (Caldwell, J.)
          v.          :    (Smyser, M.J.)
                       :
KATHLEEN HAWKES, et al.,     :
          Defendants    :    Electronically Filed

### CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 26.3, I hereby certify that I have attempted to confer with plaintiff, who is proceeding *pro se*, in a good faith effort to resolve by agreement, without the Court's intervention, the issues raised by defendant's Motion for Protective Order.  Given plaintiff's refusal to accept mail or phone calls from our Office, such agreement could not be reached.

          Respectfully submitted,

          THOMAS A. MARINO
          United States Attorney


          s/ D. Brian Simpson
          D. BRIAN SIMPSON
          Assistant U.S. Attorney
          Atty. I.D. No. OH 71431
          316 Federal Building
          240 West Third Street
          Williamsport, PA 17703
          Telephone: 717-221-4482
          Facsimile: 717-221-2246

Dated: November 5, 2003