UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

M. ASH-SHARIEF AL'ASKARI,         :
        Plaintiff         :   Civil No. 1:CV-00-1449
                          :   (Caldwell, J.)
        v.                :   (Smyser, M.J.)
                          :
KATHLEEN HAWKES, et al., ,        :
        Defendants        :

**O R D E R**

**NOW**, this _____ day of _____, 2003, upon consideration of defendant Goldring's motion for a protective order, **IT IS HEREBY ORDERED THAT** defendant's motion is granted. Plaintiff's Notice of Deposition requiring defendant to appear in Philadelphia, Pennsylvania, on November 10, 2003, is quashed. The deposition shall take place at defendant's place of business in Washington, D.C., at a mutually agreed date to be determined.

                                                   _____
                                                  J. ANDREW SMYSER
                                                  United States Magistrate Judge

```
              UNITED STATES DISTRICT COURT
             MIDDLE DISTRICT OF PENNSYLVANIA


M. ASH-SHARIEF AL'ASKARI,      :
         Plaintiff             :   Civil No. 1:CV-00-1449
                               :   (Caldwell, J.)
         v.                    :   (Smyser, M.J.)
                               :
KATHLEEN HAWKES, et al., ,     :
         Defendants            :
```

## O R D E R

**NOW**, this _____ day of _____, 2003, upon consideration of defendant Goldring's motion for a protective order, **IT IS HEREBY ORDERED THAT** defendant's motion is granted. Plaintiff's Notice of Deposition requiring defendant to appear in Philadelphia, Pennsylvania, on November 10, 2003, is quashed. The deposition shall take place at the Federal Building in Harrisburg, Pennsylvania, at a mutually agreed date to be determined.

```
                              _____
                              J. ANDREW SMYSER
                              United States Magistrate Judge
```