UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| M. ASH-SHARIEF AL'ASKARI, | : | |
| Plaintiff | : | Civil No. 1:CV-00-1449 |
| | : | (Caldwell, J.) |
| v. | : | (Smyser, M.J.) |
| | : | |
| KATHLEEN HAWKES, et al., , | : | Electronically Filed |
| Defendants | : | |

## SECOND CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That on November 17, 2003, she served a copy of

**DEFENDANT'S MOTION FOR PROTECTIVE ORDER;**

**DEFENDANT'S BRIEF IN SUPPORT OF
HIS MOTION FOR PROTECTIVE ORDER; and**

**DEFENDANT'S EXHIBITS SUBMITTED IN SUPPORT OF
HIS MOTION FOR PROTECTIVE ORDER**

filed with the Court on November 5, 2003, by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Williamsport, Pennsylvania.[1]

Addressee:

M. Ash-Sharief Al'Askari
5737 N. 12th Street
Philadelphia, PA 19141

                                          s/ Michele E. Lincalis
                                          MICHELE E. LINCALIS
                                          Paralegal Specialist

---

[1] Counsel for defendants attempted to serve these pleadings via federal express mail. However, they were returned to the United States Attorney's Office on November 17, 2003, after three failed delivery attempts by federal express couriers.