I TO G

ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF PENNSYLVANIA

FILED
DEC 1 8 2003
PER _____
HARRISBURG, PA   DEPUTY CLERK

M. ASH'SHARIEF AL'ASKARI,

PLAINTIFF,

Civil No. 1:CV-00-1449

V.

(Caldwell, J.)

(Smyser, M.J.)

KATHLEEN HAWKES ET. AL

DEFENDANTS

## PLAINTIFF'S MOTION FOR RECONSIDERATION OF MOTION FOR COUNSEL

Now comes M.Ash'Sharief Al'Askari, plaintiff pro se, and moves this Court to Reconsider his Motion For Counsel (Motion To Appoint Counsel by plaintiff 14 Aug.03 and 15 Sept 03 respectively (Docs.#67, # 74). Per Order of this court, plaintiff's initial Motion for appointment was summarily denied 22 Sept.03 (Doc. #77). The court is moved to reconsider said Order in light of certain transactions, events and occurrences which have happen since the date of said Order, as shall be established in the following Brief in Support of This Motion for Reconsideration.

M. Ash'Sh. Al'Askari
5737 N.12th St.
Philadelphia, PA 19141

December, 2003

1

CERTIFICATE OF SERVICE

I do here by certify that I have faxed a copy of Motion to Reconsider and Brief In Support of Motion to counsel for the Defendants whose fax number is: 570 326 7916
On 15 Dec.,03,

                                      M. Ash-Sh. Al'Askari
                                      5737 N.12th St
                                      Phila., Pa 19141



5731 N. 15th
Phila PA 19141

Clerk of Court
U.S. District Court
Harrisburg Federal Bldgs and Court House
228 @ Walnut St
Harrisburg PA 17108