```
           UNITED STATES DISTRICT COURT
           MIDDLE DISTRICT OF PENNSYLVANIA

M. ASH-SHARIEF AL'ASKARI,      :
          Plaintiff            :   Civil No. 1:CV-00-1449
                               :   (Caldwell, J.)
          v.                   :   (Smyser, M.J.)
                               :
KATHLEEN HAWKES, et al.,       :
          Defendants           :
```

## O R D E R

**NOW**, this _____ day of _____, 2004, upon consideration of defendant Goldring's motion for an evidentiary hearing to resolve the factual dispute of whether plaintiff exhausted his administrative remedies with respect to his access to the courts claim, **IT IS HEREBY ORDERED** that defendant's motion is granted. **IT IS FURTHER ORDERED** that the evidentiary hearing shall take place before the undersigned on _____, 2004, at _____, __.m., in Courtroom No. 5, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

```
                              _____
                              J. ANDREW SMYSER
                              United States Magistrate Judge
```