

# U.S. Department of Justice

*Thomas A. Marino*
United States Attorney
Middle District of Pennsylvania

---

| | | |
|---|---|---|
| *William J. Nealon Federal Building* | *Harrisburg Federal Building and* | *Herman T. Schneebeli Federal Building* |
| *Suite 311* | *Courthouse, Suite 220* | *Suite 316* |
| *235 N. Washington Avenue* | *228 Walnut Street* | *240 West Third Street* |
| *P.O. Box 309* | *P.O. Box 11754* | *Williamsport, PA  17701-6465* |
| *Scranton, PA  18501-0309* | *Harrisburg, PA  17108-1754* | *(570) 326-1935* |
| *(570) 348-2800* | *(717) 221-4482* | *FAX (570) 326-7916* |
| *FAX (570) 348-2816/348-2830* | *FAX (717) 221-4582/221-2246* | |

Please respond to: ___Williamsport___

March 9, 2004

M. Ash-Sharief Al'Askari
5737 N. 12th Street
Philadelphia, PA 19141

RE: Al'Askari v. Hawkes, et al.
   M.D. Pa. Civil No. 1:CV-00-1449; USDC

Dear Mr. Al'Askari:

Please be advised that I have requested the Court to reschedule the evidentiary hearing due to a scheduling conflict. Enclosed is a copy of the motion filed today. Under the Local Rules of the District Court, I am required to seek your concurrence in the filing of the motion. In light of your apparent objections to receiving phone calls from this Office, I have elected to do so in writing, thus, the purpose of my letter to you. It would be appreciated if, at your earliest convenience, you could inform me and the Court of your concurrence on nonconcurrence in the filing of our motion.

Sincerely,

THOMAS A. MARINO
United States Attorney

D. BRIAN SIMPSON
Assistant U.S. Attorney

TAM:DBS:mel
Enclosure