```
              UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

M. ASH-SHARIEF AL'ASKARI,   :   CIVIL NO. **1:00-CV-1449**
                           :
      Plaintiff    :   (Judge Caldwell)
                           :
  v.                       :   (Magistrate Judge Smyser)
                           :
ROBERT S. GOLDRING,         :
                           :
      Defendant    :

## <u>ORDER</u>

**IT IS ORDERED** that the defendant's motion for a continuance of the evidentiary hearing scheduled for March 22, 2004 is **GRANTED.** The hearing on the exhaustion of administrative remedies issue is **RESCHEDULED** to **March 30, 2004, at 2:00 p.m.**, in Courtroom No. 5., Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

                                        */s/ J. Andrew Smyser*
                                        J. Andrew Smyser
                                        Magistrate Judge

Dated:  March 10, 2004.