IN THE DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

M. ASH-SHARIEF AL'ASKARI,
PLAINTIFF.

V.

CIVIL NO.1: 00-CV-1449)
(CALDWELL, J)(SMYSER, M,.J.)

KATHLEEN HAWKES,
DOUGLAS GOLDRING,
VIVIAN HURSH,
ROBERT ZIMANY,

DEFENDANTS

## MOTION FOR CONTINUANCE

Now comes M.Ash'Sharief Al'Askari, plaintiff pro se, and moves this Honorable

for a continuance of two weeks in the above named action.

This Honorable issued a 1 March, 2004 Order granting the defendants' Motion for

an evidentiary hearing in said action on 22 March, 2004, in the U.S.D.C. for the

M.D.PA., Harrisburg, PA. (doc. 100).

The plaintiff is unavailable for the evidentiary hearing on this specific date due to

prescheduled medical treatments and therapy and requests that that Honorable continues

this matter two weeks from the date of the hearing.

M. Ash'Sharief Al'Askari
5737 N 12th St
Phila., PA 19141





FILED

MAR 1 5 2004

PER
HARRISBURG, PA  DEPUTY CLERK

5737 N. 12th St
Phila., PA 19143

Clerk of Court
United States District Court
Federal Bldg. & Courthouse
228 Walnut St
Harrisburg, PA 17108