IN THE DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA



M. ASH-SHARIEF AL'ASKARI,
PLAINTIFF.

V.
1449)

KATHLEEN HAWKES,
DOUGLAS GOLDRING,
VIVIAN HURSH,
ROBERT ZIMANY,

CIVIL NO.1: 00-CV- 1449

(CALDWELL, J)(SMYSER, M,.J.)

## BRIEF IN SUPPORT OF MOTION FOR CONTINUANCE

The plaintiff supports his motion with the following statements of facts and information.

The plaintiff is unable to attend the hearing on the date set by this Honorable. The plaintiff, who is currently on probation, was required last month by the U.S. P.O. for the EDPA to seek necessary treatments and therapy at the V.A. Hospital due to the plaintiff's medical needs and disability. The doctors at the hospital has scheduled the week of March 22, 04 for the plaintiff's treatments and appointments. Due to the plaintiff's inability to afford medical insurance, the VA's treatment plans and appointments for the plaintiff is established by its categories of priority.

This continuance in no ways prejudices the defendants.

Wherefore, the plaintiff moves this Honorable to continue the hearing date for two weeks.

## CERTIFICATE OF SERVICE

The plaintiff does hereby certify that he has served a copy of the foregoing Brief In Support of Motion upon the defendants' counsel via the U.S. mail, whose place of business is:

U.S. Attorneys Office
The Federal Building, Suite 316
240 W. 3rd St
Williamsport, PA 17701

On 8 March, 2004.

                                                        M.Ash'Sh. Al'Askari
                                                        5737 N.12th St
                                                        Phila., PA 19141