IN THE DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

M. ASH-SHARIEF AL'ASKARI,
PLAINTIFF.

V.                                           CIVIL NO.1:00-CV-1449
                                             (CALDWELL, J)(SMYSER, M.J.)
KATHLEEN HAWKES,
DOUGLAS GOLDRING,
VIVIAN HURSH,
ROBERT ZIMANY,

DEFENDANTS



### An Appeal From Magistrate's Orders

Now comes your Appellant, M. Ash'Sharief Al'Askari pro se, and says that he is appealing the Orders of Magistrate Symser denying your appellant's motion for an appointment of counsel, suppressing your appellant's Discovery Process and appellant's motion to remove defendants' counsel for unethical conducts entered by that Magistrate in the above named action on 1 March, 2004. Said Orders are contrary to law and an abuse of discretion.

M. Ash'Sh, Al'Askari
Appellant pro se
5737 N.12th St
Phila., PA 19141

IN THE DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

M. ASH-SHARIEF AL'ASKARI,
PLAINTIFF.

V.

KATHLEEN HAWKES,
DOUGLAS GOLDRING,
VIVIAN HURSH,
ROBERT ZIMANY,

DEFENDANTS

CIVIL NO.1: 00-CV-1449
(CALDWELL, J)(SMYSER, M.J.)

## PLAINTIFF'S OBJECTIONS TO THE MAGISTRATE'S ORDER

PRELIMINARY STATEMENT:

M. Ash'Sharief Al'Askari, plaintiff in this action, is representing this action on his own behalf, due his inability to afford a lawyer and who is ignorant at law. Thus, the plaintiff beseeches the liberality of this Court not to, *just one time*, hold his pleadings and documents to the formalities and the technicalities of a skilled attorney. This action is currently before the magistrate pending an "evidentiary hearing" pursuant to *another* motion granted by the magistrate to the defendants.

OBJECTIONS:

The plaintiff seeks a review of the following OBJECTIONS to the Magistrate's Orders.

1.  The plaintiff objects to the Magistrate's Order denying his Motions for an Appointment of Counsel;

inasmuch as there was no Service of Process, and the courts knew this before it issue its order granting the motion to suppress. These Orders of this court, vis-a -vis defense counsel and plaintiff is just so much Old Boyism, petty cockblocking and contemptible psuedoinsincerity.

CONCLUSION:

The plaintiff requests a review of these decisions by a district judge of this court.



5737 N. 12th ST
PHILA PA 19141

Office of Clerk
U.S. District Court
Federal Courthouse
228 Walnut St
Harrisburg PA 17108

FILED
MAR 15 2004
PER HARRISBURG
CITY CLERK