UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

M. ASH-SHARIEF AL'ASKARI,    :    CIVIL NO. **1:00-CV-1449**
                             :
            Plaintiff        :    (Judge Caldwell)
                             :
        v.                   :    (Magistrate Judge Smyser)
                             :
ROBERT S. GOLDRING,          :
                             :
            Defendant        :

<u>ORDER</u>

**IT IS ORDERED** that the plaintiff's motion (doc. 105)
for a continuance of the evidentiary hearing currently
scheduled for March 30, 2004 is **GRANTED.**   The hearing on the
exhaustion of administrative remedies issue is **RESCHEDULED** to
**April 13, 2004, at 3:00 p.m.,** in Courtroom No. 5., Federal
Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

*/s/ J. Andrew Smyser*
J. Andrew Smyser
Magistrate Judge

Dated:  March 16, 2004.