OFFICE OF THE CLERK

**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT of PENNSYLVANIA**

*U.S. Courthouse*
*228 Walnut Street, RM. 1060*
*P.O. Box 983*
*Harrisburg, PA 17108-0983*



MARY. E. D'ANDREA
Clerk of Court

(717) 221-3920
FAX (717) 221-3959

March 17, 2004

M. Ash-Sharief Al'Askari
5737 North 12th Street
Philadelphia, PA 19141

    IN RE: M. Ash-Sharief Al'Askari vs. Hawkes, et al.
        1:CV-00-1449

Dear Mr. Al'Askari:

    The court is in receipt of your Objections to the Magistrate's Order dated March 1, 2004 in which the Court denied your motion for an appointment of counsel.

    We direct you file with the Court a Certificate of Service in compliance with Federal Rules of Civil Procedure 5(d). All papers after the complaint are required to be served upon opposing counsel and must be filed with the court within a reasonable time after service.

    Thank you for your attention to this matter.

    Very truly yours,

    MARY D'ANDREA, CLERK

    Ann Severino-Michael
    Deputy Clerk

cc: File Copy