```
                    UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


M. ASH-SHARIEF AL'ASKARI,      :    CIVIL NO. 1:00-CV-1449
                               :
          Plaintiff            :    (Judge Caldwell)
                               :
     v.                        :    (Magistrate Judge Smyser)
                               :
ROBERT S. GOLDRING,            :
                               :
          Defendant            :
```

**ORDER**

    **IT IS ORDERED** that the parties shall file proposed findings of fact and proposed conclusions of law addressing the issue(s) of fact and of law addressed during the hearing of April 13, 2004, on or before April 30, 2004.

                                        */s/ J. Andrew Smyser*
                                        J. Andrew Smyser
                                        Magistrate Judge

Dated: April 15, 2004.