IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


M. ASH-SHARIEF AL'ASKARI,           :
          Plaintiff
                                    :

          vs.                       :      CIVIL NO. 1:CV-00-1449
                                             (Judge Caldwell)
                                    :      (Magistrate Judge Smyser)
KATHLEEN HAWKES, et. al.,
          Defendants                :


O R D E R

     AND NOW, this 19th day of April, 2004, upon full

consideration of; (1) the order of Magistrate Judge Smyser

dated March 1, 2004; (2) Plaintiff's appeal of said order dated

March 15, 2004; and (3), Defendant's opposition to Plaintiff's

appeal, filed March 29, 2004, it is Ordered that Plaintiff's

appeal is denied.




                              /s/William W. Caldwell
                             William W. Caldwell
                             United States District Judge