1

```
              IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
                     HARRISBURG DIVISION

M. ASH-SHARIEF AL'ASKARI,    : CASE NO.
              Plaintiff      : 1:00-CV-1449
         vs.                 :
ROBERT S. GOLDRING,          : Harrisburg, PA
              Defendant      : 13 April 2004
.............................: 3:00 p.m.


             TRANSCRIPT OF EVIDENTIARY HEARING
          BEFORE THE HONORABLE J. ANDREW SMYSER
             UNITED STATES MAGISTRASTE JUDGE

APPEARANCES:

For the Plaintiff:

    M. Ash-Sharief Al'Askari, pro se
    5737 North 12th Street
    Philadelphia, PA 19141
    (215) 927-3013



For the Defendant:

    D. Brian Simpson, Esq., AUSA
    U.S. Attorney's Office
    Federal Building, 2nd Floor
    228 Walnut Street
    Harrisburg, PA 17108
    (717) 221-4482


Court Reporter:

    Wesley J. Armstrong, RPR
    Official Court Reporter
    U.S. Courthouse
    228 Walnut Street
    Harrisburg, PA 17108
    (717) 542-5569
```

FILED HARRISBURG
APR 19 2004
MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK

ORIGINAL