

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

M. ASH-SHARIEF AL'ASKARI,

PLAINTIFF

V.                                                                 Civil No.1:CV-00-1449 (Caldwell, J.) (Smyser, M.J.)

KATHLEEN HAWKES, ET AL.,

DEFENDANTS

## MOTION FOR FREE TRANSCRIPTS

Now comes M. Ash'Sharief Al'Askari and moves this Honorable to provide him with a free copy of a hearing transcript. The Honorable conducted an evidentiary hearing in this above titled matter pursuant to a motion by the defendants. This hearing was conducted in the Honorable's courtroom on 13 April, 2004. The hearing was recorded by the Official Court Reporter, Wesley J. Armstrong, MDPA.

M. ASH'SHARIEF AL'ASKARI
PLAINTIFF PRO SE
5737 N.12TH ST.,
PHILA., PA 19141

## CERTIFICATE OF SERVICE

The plaintiff does hereby certify that a copy of the foregoing Motion for Transcripts and Brief in Support was mailed to counsel for the defendants whose address is:

U.S.ATTORNEYS' OFFICE
SUITE 316; Federal Building,
240 W.3rd St
Williamsport, PA 17703-054

Date: Thursday, April 22, 2004

M.Ash'Sharief Al'Askari
Pro se
5737 N.12th St
Phila.,PA 19141

5737 N. 12th St
Phila, PA 19141

Office of Clerk
U.S. District Court,
MD PA
Federal Courthouse
228 Walnut St
Harrisburg, PA 17108

