IN THE UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF PENNSYLVANIA



FILED
APR 26 2004
PER _____ DEPUTY CLERK

M. ASH-SHARIEF AL'ASKARI,

PLAINTIFF

V.                                            Civil No.1:CV-00-1449 (Caldwell, J),
                                              (Smyser, M.J.)

KATHLEEN HAWKES, ET AL.,

DEFENDANTS

## BRIEF IN SUPPORT OF MOTION FREE TRANSCRIPTS

The plaintiff is proceeding in this action in forma pauperis and, thus, is entitled to free transcripts. The plaintiff wishes to file a motion for summary judgment and brief incorporating the facts that was resolved at the evidentiary of 13 April, 2004 and the applicable law to show that the plaintiff is entitled to relief.

*M. Ash Sharief Al'Askari* (signature)

M. ASH'SHARIEF AL'ASKARI
PLAINTIFF PRO SE
5737 N.12TH ST.,
PHILA., PA 19141

## CERTIFICATE OF SERVICE

The plaintiff does hereby certify that a copy of the foregoing Motion for Transcripts and Brief in Support was mailed to counsel for the defendants whose address is:

U.S.ATTORNEYS' OFFICE
SUITE 316: Federal Building,
240 W.3rd St
Williamsport, PA 17703-054

Date: Thursday, April 22, 2004

M.Ash'Sharief Al'Askari
Pro se
5737 N.12th St
Phila.,PA 19141