```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

M. ASH-SHARIEF AL'ASKARI,         :
        Plaintiff
                                  :

        vs.                       :    CIVIL NO. 1:CV-00-1449
                                          (Judge Caldwell)
                                  :   (Magistrate Judge Smyser)
KATHLEEN HAWKES, et. al.,
        Defendants                :


*O R D E R*

AND NOW, this 7th day of June, 2004, upon consideration of the report of the United States Magistrate Judge dated May 5, 2004, (doc. 119), to which no objections have been filed, and upon independent review of the record, it is ordered that the Magistrate Judge's report is adopted. It is further ordered, pursuant to the Magistrate Judge's recommendation, that:

  1. Defendant's motion to dismiss (doc. 11) is granted.

  2. Plaintiff's complaint is dismissed, without prejudice.

  3. The Clerk of Court shall close the file.

                                      /s/William W. Caldwell
                                     William W. Caldwell
                                     United States District Judge