FILED
HARRISBURG, PA
JUN 2 8 2004
MARY E. D'ANDREA, CLERK
Per KJO

1 to Ct.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

M. ASH-SHARIEF AL'ASKARI,
PLAINTIFF

VS.

CIVIL NO.1:00-CV-1449)
(CALDWELL, J)(SMYSER, M.J.)

KATHLEEN HAWKES, ET. AL.,
DEFENDANTS

MOTION FOR RECONSIDERATION ORDER TO ALLOW FILING OF PLAINTIFF'S OBJECTIONS TO THE REPORT AND RECOMMENDATIONS NUNC PRO TUNC

Now comes M. Ash'Sharief Al'Askari, plaintiff in the above named action, and moves this court to Reconsider its 7th June, 2004 Order, dismissing the plaintiff's Complaint against the defendants, to allow the plaintiff to file Objections to the Magistrate Judge's Report and Recommendation nunc pro tunc. The court's Order Dismissing this action was premised upon the Magistrate Smyser's Report and Recommendation dated the 5th May, 2004.

This court should reconsider its Order based upon that Report and Recommendation inasmuch as the plaintiff was unable to file his Objections to its Findings and Conclusions of law in a diligent and timely manner, by reason of the plaintiff's required hospitalization at the VA Medical Center, Coatesville, PA, commencing the 5th of May, 2004 until the 3rd Of June, 2004. Since the 3rd of June,

until the present, the plaintiff continues in outpatient treatment and therapy at the VA Medical Center, Phila., Pa.

/s/ M. Ash'Ash. Al'Askari

M. Ash`Sharief Al'askari
Plaintiff pro se
5737 North 12th St.
Philadelphia, PA 19141

Dated: June 23, 2004

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]



5737 N. 12th St
Phila., PA 19141

Office of the Clerk
U.S. District Court
for the
Middle District of PA
U.S. Courthouse
228 Walnut, RM. 1060
P.O. Box 983, Harrisburg, PA 17108